UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| In re: | Case No. 16-17141-JGR |
|---|---|
| Dennis K. Obduskey, | (Chapter 13) |
| Debtor. | **Judge Joseph G. Rosania** |

**REQUEST FOR SPECIAL NOTICE PURSUANT TO
BANKRUPTCY RULES 2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Wells Fargo Bank, N.A. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP and Wells Fargo Bank, N.A. hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

| | |
|---|---|
| Wells Fargo Bank, N.A. | Jennifer Cruseturner, Esq. |
| Attention: Bankruptcy Department | c/o McCarthy & Holthus, LLP |
| MAC# x7801–014 | 7700 E. Arapahoe Road, Ste. 230 |
| 3476 Stateview Blvd. | Centennial, CO 80112 |
| Fort Mill, SC 29715 | |

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Wells Fargo Bank, N.A. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 8/1/2016        **McCarthy & Holthus, LLP**

/s/  Jennifer Cruseturner, Esq.
Jennifer Cruseturner, Esq. SBN 44452
7700 E. Arapahoe Road, Ste. 230
Centennial, CO 80112
Telephone: 877-369-6122
E-mail: jcruseturner@mccarthyholthus.com

1

## CERTIFICATE OF SERVICE

On 8/1/2016, I served the foregoing document on the following individuals by electronic means through the Court's ECF program

**TRUSTEE**
Douglas B. Kiel
ecfmail@denver13.com

**DEBTOR(S) COUNSEL**
Jane M. Roberson
Roberson@JustAskJane.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8/1/2016               */s/ Amy Shaw*
                              Amy Shaw

The undersigned certifies that on 8/1/2016, by prepaid first class mail a copy of the foregoing document was served on all parties against whom relief is sought and those otherwise entitled to service pursuant to Fed.R.Bankr.P. and these L.B.R. at the following addresses:

**DEBTOR**
Dennis K. Obduskey, 132 Wagon Tongue Rd, Bailey, CO 80421

**DEBTOR(S) COUNSEL**
Jane M. Roberson, 720 S. Colorado Blvd., #450-South, Denver, CO 80246

**TRUSTEE**
Douglas B. Kiel, Chapter 13 Trustee, 4725 S. Monaco St., Ste. 120, Denver, CO 80237

**US TRUSTEE**
Byron G. Rogers Federal Building, 1961 Stout St., Ste. 12-200, Denver, CO 80294

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8/1/2016               */s/ Christian Aguilar*
                              Christian Aguilar