United States Bankruptcy Court
District of Colorado

In re:  
Dennis K. Obduskey  
     Debtor

Case No. 16-17141-JGR  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: gentd      Page 1 of 1      Date Rcvd: May 01, 2017  
                  Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.  
db          Dennis K. Obduskey,    132 Wagon Tongue Rd,    Bailey, CO 80421-1057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:  
           Douglas B. Kiel    ecfmail@denver13.com  
           Jane M. Roberson    on behalf of Debtor Dennis K. Obduskey Roberson@JustAskJane.info  
           Jennifer K. Cruseturner    on behalf of Creditor    Wells Fargo Bank, N.A. bknotice@mccarthyholthus.com, jcruseturner@mccarthyholthus.com;jcruseturner@ecf.inforuptcy.com  
           US Trustee    USTPRegion19.DV.ECF@usdoj.gov  
                                                                                           TOTAL: 4

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: ) | Bankruptcy Case No. |
| **DENNIS K. OBDUSKEY** ) | 16-17141-JGR |
| ) | Chapter 13 |
| Debtor(s). ) | |
| Last four digits of SS#: **8785** ) | |
| ) | |

ORDER GRANTING MOTION FOR EXTENSION OF TIME AND RESCHEDULING
TELEPHONIC CONFIRMATION HEARING
AND
ORDER DIRECTING FILING AND NOTICE OF AMENDED CHAPTER 13 PLAN

THIS MATTER comes before the Court on the Debtor's Motion for Extension of Time to File and Serve an Amended Chapter 13 Plan filed on April 29, 2017 (Docket #48). The Court,

DOES FIND that the Debtor is requesting an extension of time to comply with the Court's Order entered April 3, 2017 (Docket #46) to file and serve an amended Chapter 13 plan. Therefore, the Court,

HEREBY ORDERS as follows:

1. The Debtor's Motion for Extension of Time to File and Serve an Amended Chapter 13 plan filed April 29, 2017 (Docket #48) is hereby GRANTED. The Debtor(s) shall file the amended Chapter 13 plan on or before **June 15, 2017**. Any amended plan filed by Debtor(s) shall be in substantial conformity with L.B. Form 3015-1.1. In the event Debtor(s) file(s) an amended plan which is not in substantial conformity with L.B. Form 3015-1.1, the within case may be dismissed without further notice or hearing.

2. The hearing on confirmation currently scheduled for **June 8, 2017** is VACATED and RESCHEDULED for a non-evidentiary hearing regarding Debtor(s) amended Chapter 13 Plan and Objections thereto, if any, at **10:00 a.m. on Thursday**, **July 27, 2017**, **in Courtroom D**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. Counsel/parties may appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

> Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code, followed by the pound sign (#). The access code is: **9369782**. You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7327 and leave a name and the telephone number where you can be reached and the Court will return the call.

3. The Debtor(s) shall file a notice in substantial conformity with L.B. Form 3015-1.8 and in compliance with Bankruptcy Rules 2002(b) and 7004, which notice shall also include language in paragraph two above regarding telephone appearance at the continued hearing, and shall serve such notice, along with a copy of the amended Chapter 13 Plan, on or before **June 15, 2017**, on the following:

- ☒ Chapter 13 Trustee
- ☒ All creditors and parties who have entered an appearance and/or requested notice in the case
- ☒ All creditors and parties adversely affected by the amendment
- ☒ Appropriate taxing authorities

4. The deadline for filing objections to confirmation is **July 6, 2017**.

5. If objections are filed to the amended Chapter 13 Plan, Debtor(s) shall file a Certificate and Motion to Determine Notice on or before **July 21, 2017**. If no objections are filed to the amended Chapter 13 Plan, Debtor(s) shall file a Verification of Confirmable Plan on or before **July 21, 2017**.

**IN THE EVENT DEBTOR FAILS TO TIMELY FILE A MEANINGFUL CERTIFICATE AND MOTION TO DETERMINE NOTICE BY THE ABOVE DEADLINE, DEBTOR(S)—appearing pro se or through counsel—SHALL APPEAR, IN PERSON, AT THE CONTINUED HEARING.**

6. In the event Debtor(s) fails/fail to comply as ordered herein, confirmation of the amended plan may be DENIED and the case may be dismissed without further notice or hearing.

Dated: **May 1, 2017**   BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge