# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

IN RE:        Dennis Obduskey           CHAPTER 13
                                         Case No.: 16-17141 JGR

## NOTICE OF FILING AMENDED CHAPTER 13 PLAN, DEADLINE FOR FILING OBJECTIONS, AND HEARING ON CONFIRMATION

# OBJECTION DEADLINE: __JULY 6, 2017__ .

YOU ARE HEREBY NOTIFIED that the debtor filed an amended chapter 13 plan on June 15, 2017 docket number 52. A copy of the amended chapter 13 plan is attached.

A _Non-Evidentiary_ hearing on confirmation has been set for **JULY 27,2017** at **10:00 AM,** Courtroom D at the U.S. Custom House, 721 19th Street, Denver, Colorado 80202. 721 19th Street, Denver, Colorado 80202.

Counsel/parties may appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line: Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code, followed by the pound sign (#). The access code is: **9369782.** You will then be connected into the conference. Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7327 and leave a name and phone number where you can be reached and the Court will return the call.

If you wish to oppose confirmation of the amended chapter 13 plan you must file with the court a written objection and request for a hearing on or before the objection deadline dated above, and serve a copy thereof on the undersigned attorney. Pursuant to L.B.R. 3015-1, objections must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

Unless otherwise ordered, previously file objections to any prior chapter 13 plan are deemed moot and new objections must be timely filed addressing this amended plan.

If no objections are filed, the amended plan may be confirmed without a hearing, upon the debtor's filing of a Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

Dated: June 15, 2017

/s/ Jane M. Roberson, Esq.
Jane M. Roberson, #30543
720 South Colorado Blvd. - #630-South
Denver, CO 80246
303-893-0833  Fax: 303-431-0633
e-mail: Roberson@JustAskJane.com
Counsel to Detbor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Amended Chapter 13 Plan dated June 13, 2017 docket no. 52, and the Notice of Filing Amended Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on confirmation were served by placing the same in the United States Mail, first class postage pre-paid, this June 15, 2017 to the following:

All parties on the attached matrix.

/s/Jane M. Roberson Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 16-17141-JGR<br>District of Colorado<br>Denver<br>Thu Jun 15 17:36:00 MDT 2017 | Capital One Bank USA N<br>PO Box 30281<br>Salt Lake City, UT  84130-0281 | Chase Card<br>201 N Walnut St # De1-1027<br>Wilmington, DE 19801-3999 |
| (c)COLORADO ATTORNEY GENERAL<br>1525 N SHERMAN ST STE 700<br>DENVER CO  80203-1700 | Colorado Department of Revenue<br>1325 Sherman St Rm 504<br>Denver, CO 80261-0001 | Colorado Department of Revenue<br>1375 Sherman St. Rm 504<br>Denver CO 80261-0004 |
| Jennifer K. Cruseturner<br>7700 E. Arapahoe Rd.,<br>Ste. 230<br>Centennial, CO 80112-1439 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Douglas B. Kiel<br>Chapter 13 Trustee<br>4725 S. Monaco St.<br>Ste. 120<br>Denver, CO 80237-3468 | McCarthy &Y Holthus, LLP<br>7700 E Arapahoe Rd # 230<br>Centennial, CO  80112-1439 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA  92108-2709 |
| Dennis K. Obduskey<br>132 Wagon Tongue Rd<br>Bailey, CO 80421-1057 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | Jane M. Roberson<br>720 S. Colorado Blvd.<br>Ste., 630-S<br>Denver, CO 80246-1904 |
| Sallie Mae<br>PO Box 9500<br>Wilkes Barre, PA  18773-9500 | Snell and Wilmer<br>1200 17th St Ste 1900<br>Denver, CO  80202-5854 | State Collection Servi<br>2509 S Stoughton Rd<br>Madison, WI  53716-3314 |
| Synchrony Bank<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0009 | US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0009 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Veteran's Administration<br>155 Van Gordon St<br>Lakewood, CO  80228-1709 | Wells Fargo Bank, N.A.<br>C/O Wells Fargo Bank, N.A.,as servicer<br>Default Document Processing N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| Wells Fargo Home Mortgage<br>PO Box 660278<br>Dallas, TX  75266-0278 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Colorado Attorney General
1525 Sherman St Ste 540
Denver, CO 80203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.

End of Label Matrix
Mailable recipients 24
Bypassed recipients 1
Total 25