# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

IN RE:     Dennis Obduskey                    CHAPTER 13
                                              Case No.: 16-17141 JGR

## CERTIFICATE AND MOTION TO DETERMINE NOTICE

**This certificate pertains to the debtor's chapter 13 plan dated June 13, 2017, at docket no. 52.**

The debtor, by and through counsel, submits the following certificate pursuant to L.B.R. 3015-1 and states as follows:

1. The debtor filed for chapter 13 relief on July 19, 2016. The debtor attended his 11 U.S.C. § 341(a) Meeting of Creditors on August 30, 2016.

## OBJECTIONS

2. The following objections have been filed to the debtor's plan dated June 13, 2017 at docket no. 52.

   Counsel for Wells Fargo Bank, N.A., docket no. 54

3. The debtor has complied with the "Meet and Confer" requirement of L.B.R. 3015-1. Counsel for the debtor has conferred with the objecting party regarding the objections to confirmation.

## AMENDED PLAN

4. The debtor will file an amended plan. The amended plan will be captioned "Debtors Fifth Amended Plan". The treatment of the claim held by Wells Fargo in the Fifth Amended plan is unknown. No unsecured creditors have filed claims in this case.

   NOTE: Since the order denying the last plan was issued, the debtor was unsuccessful at reaching an agreement with Wells Fargo concerning its Objection.

   Since the Fourth amended plan was filed, Wells Fargo has admitted that it is not the holder of the Note; that is merely the servicer of the loan that is owned by Freddie Mac. However, Wells Fargo indicates in its Proof of Claim No.1, that it is the owner of the Note and there is no mention of Freddie Mac in the Proof of Claim that was filed. As a result, the identity of the true creditor is

unknown. Documentation of this admission will be attached to the Debtor's objection to Wells Fargo's proof of claim.

As a result, an amended plan that is confirmable will not be possible until the Court rules on the Debtor's Objection to Proof of Claim.

5. The Fifth amended plan is intended to [___] cure deficiencies in the prior plan, [ X ] resolve all of the objections filed or [___] resolve the following objections: N/A

## MOTION TO DETERMINE NOTICE OF AMENDED PLAN

6. **Notice:**

   [X] **Request to waive or limit notice:** The debtor requests notice of the amended plan be limited or waived for the following reasons:

   No creditors will be adversely affected by the amended plan. As a result, Debtor(s) request that notice be limited to the Chapter 13 Trustee, those who have entered an appearance in this case, and those who are adversely affected by the amended plan.

7. **Objection Time Period:**

   [ X ] **Objection Deadline Pursuant to FED. R. BANKR. P. 2002(b):** The debtor believes notice of the amended plan should be for the full objection period set forth in FED. R. BANKR. P. 2002(b).

8. Debtor requests an order requiring the filing of an amended plan after the objection to proof of claim has been resolved.

Dated: July 21, 2017

/s/ Jane M. Roberson, Esq.
Jane M. Roberson, #30543
*ROBERSON LAW, LLC*
720 South Colorado Blvd. - #630-South
Denver, CO 80246
303-893-0833  Fax: 303-431-0633
e-mail: Roberson@JustAskJane.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the Certificate and Motion to Determine Notice was served by placing the same in the United States Mail, first class postage pre-paid, this July 21, 2017 to the following:

Douglas B. Kiel, Esq.
Chapter 13 Trustee
4725 South Monaco Street – Suite 120
Denver, CO 80237

Dennis Obduskey
132 Wagon Tongue Rd.
Bailey, CO 80424

Jennifer K. Cruseturner
7700 E. Arapahoe Rd.,
Ste. 230
Centennial, CO 80112

/s/ Jane M. Roberson Esq.
Jane M. Roberson Esq.