UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held Thursday, July 27, 2017, before Honorable Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
| **Dennis K. Obduskey** | ) | 16-17141 JGR |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| Last four digits of SS#: : **8785** | ) | |
| | ) | |

☒ **Appearances:**

Debtor(s): Dennis Obduskey　　　　　　　　　　Counsel: Jane M. Roberson, by phone
Trustee: Douglas B. Kiel, Chapter 13 Trustee　　Counsel: William Evans
Creditor: Wells Fargo Bank, N.A.　　　　　　　Counsel: Jennifer Cruseturner, by phone

**Proceedings:** Continued hearing regarding confirmation of Debtor's Amended Chapter 13 Plan filed June 15, 2017 (Docket #52) and Objection thereto filed by Wells Fargo Bank, N.A. on July 5, 2017 (Docket #54).

☒　Entry of appearances and statements/arguments made.
☒　The Court was advised that Debtor(s) ☒ is/are current, or ☐ is/are not current, on payments to the Chapter 13 Trustee.
☒　Evidentiary[1]

**Orders:**
☒　Oral findings and conclusions made of record.

☒　IT IS ORDERED as follows:
1. Based upon the statements entered on the record at the hearing, the Debtor(s)' Amended Chapter 13 Plan filed June 15, 2017 (Docket #52) and the Objection thereto filed by Wells Fargo Bank, N.A. shall be held in ABEYANCE pending the Debtor's filing and notice of objection to claim(s). Said objection shall be filed **on or before August 10, 2017**.

2. The Debtor shall file a status report regarding the matter pending before the Tenth Circuit Court of Appeals **on or before September 28, 2017**.

FOR THE COURT:
Kenneth S. Gardner, Clerk
/s/ A. Sekera
By: A. Sekera, Courtroom Deputy

---

[1] Evidentiary for statistical reporting purposes