```
                        United States Bankruptcy Court
                             District of Colorado
In re:                                                    Case No. 16-17141-JGR
Dennis K. Obduskey                                        Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 1082-1      User: elefanter        Page 1 of 1        Date Rcvd: Jul 28, 2017
                          Form ID: pdf904        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.
db            Dennis K. Obduskey,    132 Wagon Tongue Rd,    Bailey, CO  80421-1057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:
              Douglas B. Kiel    ecfmail@denver13.com
              Jane M. Roberson    on behalf of Debtor Dennis K. Obduskey Roberson@JustAskJane.info
              Jennifer K. Cruseturner    on behalf of Creditor   Wells Fargo Bank, N.A.
               bknotice@mccarthyholthus.com,    jcruseturner@mccarthyholthus.com;jcruseturner@ecf.inforuptcy.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                 TOTAL: 4

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held Thursday, July 27, 2017, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br>**Dennis K. Obduskey**<br><br>Debtor(s).<br>Last four digits of SS#: : **8785** | Bankruptcy Case No.<br>16-17141 JGR<br>Chapter 13 |

☒ **Appearances:**
Debtor(s): Dennis Obduskey          Counsel: Jane M. Roberson, by phone
Trustee: Douglas B. Kiel, Chapter 13 Trustee          Counsel: William Evans
Creditor: Wells Fargo Bank, N.A.          Counsel: Jennifer Cruseturner, by phone

**Proceedings:** Continued hearing regarding confirmation of Debtor's Amended Chapter 13 Plan filed June 15, 2017 (Docket #52) and Objection thereto filed by Wells Fargo Bank, N.A. on July 5, 2017 (Docket #54).

☒ Entry of appearances and statements/arguments made.
☒ The Court was advised that Debtor(s) ☒ is/are current, or ☐ is/are not current, on payments to the Chapter 13 Trustee.
☒ Evidentiary[1]

**Orders:**
☒ Oral findings and conclusions made of record.

☒ IT IS ORDERED as follows:
1. Based upon the statements entered on the record at the hearing, the Debtor(s)' Amended Chapter 13 Plan filed June 15, 2017 (Docket #52) and the Objection thereto filed by Wells Fargo Bank, N.A. shall be held in ABEYANCE pending the Debtor's filing and notice of objection to claim(s). Said objection shall be filed **on or before August 10, 2017**.

2. The Debtor shall file a status report regarding the matter pending before the Tenth Circuit Court of Appeals **on or before September 28, 2017**.

FOR THE COURT:
Kenneth S. Gardner, Clerk
/s/ A. Sekera
By: A. Sekera, Courtroom Deputy

---

[1] Evidentiary for statistical reporting purposes