# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: DENNIS K. OBDUSKEY ) <br> ) <br> _____ ) <br> ) <br> DENNIS K. OBDUSKEY, ) <br> Movant ) <br> v. ) <br> ) <br> Wells Fargo Bank, N.A. ) <br> ) <br> Respondent ) | Case No. 16-17141 JGR <br> Chapter 13 |

_____

## ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM OF WELLS BANK, N.A.
_____

THIS MATTER, having come before the Court on the Debtor's Objection to the claim of Wells Fargo Bank, N.A., finding proper service having been made, and after notice and opportunity for a hearing, does hereby

ORDER that the Objection is GRANTED. The claim of WELLS FARGO BANK, N.A. is hereby DISALLOWED and EXPUNGED in its entirety.

Dated _____  BY THE COURT

_____
U.S. Bankruptcy Judge