UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: DENNIS K. OBDUSKEY )
) Case No. 16-17141 JGR
) Chapter 13
_____ )
)
DENNIS K. OBDUSKEY, )
                   Movant )
v. )
)
Wells Fargo Bank, N.A. )
)
                 Respondent )

## NOTICE PURSUANT TO BANKRUPTCY RULE 9013-1 OF DEBTORS' OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.

### OBJECTION DEADLINE: __SEPTEMBER 8, 2017__ .

**YOU ARE HEREBY NOTIFIED** that Dennis K. Obduskey has filed an Objection to the Claim of Wells Fargo Bank, N.A. and requests the following relief:

The disallowance of and expunging of Wells Fargo Bank, N.A.'s claim in this case.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

RESPECTFULLY SUBMITTED this Thursday, August 10, 2017

ROBERSON LAW, LLC

/s/ Jane M. Roberson

_____

1

Jane M. Roberson, #30543
720 S. Colorado Blvd., Suite 630-S
Denver, CO 80246
(303) 893-0833; (303)431-0633(fax)
Roberson@JustAskJane.com
ATTORNEYS FOR THE DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2017 I served by prepaid first class mail [of (other acceptable means, i.e. via hand delivery]a copy of the DEBTORS' OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A., EXHIBITS 1,2,3, and 4, **Notice and proposed order** were served on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Dennis K. Obduskey
132 Wagon Tongue Road
Bailey, CO 80424

Jennifer K. Cruseturner
7700 E. Arapahoe Rd.,
Ste. 230
Centennial, CO 80112

U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294

/s/ *Marie Esparsen*

2