(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
### District of Colorado

In re: **Dennis K. Obduskey**  
      Debtor(s)

Case No. **16–17141–JGR**

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 8/11/2017 to Jane Roberson regarding document number 58 & 59 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: The Chapter 13 Trustee was not served the Motion and Notice.

E–Filer Shall:

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:* 8/11/17

KENNETH S. GARDNER, Clerk  
By: s/ Debra Gent  
Deputy Clerk  
United States Bankruptcy Court  
U.S. Custom House  
721 Nineteenth Street  
Denver, CO 80202–2508