# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: DENNIS K. OBDUSKEY ) | Case No. 16-17141 JGR |
| ) | Chapter 13 |
| DENNIS K. OBDUSKEY, ) | |
| Movant ) | |
| v. ) | |
| Wells Fargo Bank, N.A. ) | |
| Respondent ) | |

## SUPPLEMENTAL CERTIFICAT OF SERVICE.

The undersigned hereby certifies that on August 11, 2017 served by prepaid first class mail [of (other acceptable means, i.e. via hand delivery]a copy of the **DEBTORS' OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A., EXHIBITS 1,2,3, and 4, Notice and proposed order** were served on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Douglas B. Kiel, Esq.
Chapter 13 Trustee
4725 South Monaco Street, Ste 120
Denver, CO 80237


/s/ Mike Wegener

_____
Mike Wegener

1