United States Bankruptcy Court
District of Colorado

In re:                                                                Case No. 16-17141-JGR
Dennis K. Obduskey                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1          User: gentd            Page 1 of 1           Date Rcvd: Aug 11, 2017
                              Form ID: 213           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db              Dennis K. Obduskey,   132 Wagon Tongue Rd,   Bailey, CO  80421-1057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
          Douglas B. Kiel    ecfmail@denver13.com
          Jane M. Roberson    on behalf of Debtor Dennis K. Obduskey Roberson@JustAskJane.info
          Jennifer K. Cruseturner    on behalf of Creditor   Wells Fargo Bank, N.A.
           bknotice@mccarthyholthus.com,   jcruseturner@mccarthyholthus.com;jcruseturner@ecf.inforuptcy.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                    TOTAL: 4

(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
## District of Colorado

In re:  Dennis K. Obduskey                                      Case No.  **16–17141–JGR**
      Debtor(s)

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 8/11/2017 to Jane Roberson regarding document number 58 & 59 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: The Chapter 13 Trustee was not served the Motion and Notice.

E–Filer Shall:

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:*  8/11/17

KENNETH S. GARDNER, Clerk

By: s/ Debra Gent
Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202–2508