# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

IN RE: Dennis Obduskey

CHAPTER 13
Case No.: 16-17141 JGR

## STATUS REPORT

COMES NOW Dennis Obduskey, Debtor here in and hereby submits this Status Report concerning the matter pending before the Tenth Circuit Court of Appeals.

1. The Debtor filed an appeal with the Tenth Circuit Court of Appeals (the"Court") on August 17, 2016, case number 16-1330 (the "Appeal").

2. The main issue at bar is whether or not Wells Fargo is considered a debt collector under the Fair Debt Collections Act.

3. On September 18, 2017, the Court sent notice to counsel that Oral Arguments will be held on November 14, 2017 at 9:00 AM.

Dated: September 28, 2017

/s/ Jane M. Roberson, Esq.
Jane M. Roberson, #30543
720 South Colorado Blvd. - #630-South
Denver, CO 80246
303-893-0833   Fax: 303-431-0633
e-mail: Roberson@JustAskJane.com
Counsel to Debtor