# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| DENNIS K. OBDUSKY, | ) | 16-17141-JGR |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| Last four digits of SS#: 8785, | ) | |

## ORDER FOR DEBTOR TO FILE FURTHER STATUS REPORT

THIS MATTER comes before the Court on the Status Report filed by the Debtor on September 28, 2017 (Docket #64). The Court, having reviewed the pleading and the Court's file in this matter,

DOES FIND that on July 27, 2017, the Court held a hearing regarding confirmation of the Debtor's Amended Chapter 13 Plan filed June 15, 2017 (Docket #52) and Wells Fargo Bank, N.A.'s Objection thereto filed July 5, 2017 (Docket #54). At that hearing, the Court ordered that (a) the issue of plan confirmation would be held in abeyance pending the Debtor's filing and notice of objection to claim(s) on or before August 10, 2017 and (b) the Debtor file a status report regarding the matter pending before the Tenth Circuit Court of Appeals on or before September 28, 2017.

THE COURT FURTHER FINDS that on September 28, 2017, the Debtor filed the Status report and advised the Court that the matter before the Tenth Circuit Court of Appeals remains pending and a hearing is scheduled for November 14, 2017 for oral argument.

IT IS THEREFORE ORDERED that the Debtor shall file a status report, **on or before December 14, 2017, and every 30 days thereafter**, advising the Court as to the status of the matter pending before the Tenth Circuit Court of Appeals.

IT IS FURTHER ORDERED that the issue of plan confirmation shall continue to be held in abeyance.

Dated this 2nd day of October, 2017.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge