## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:     Dennis Obduskey              CHAPTER 13
                                        Case No.: 16-17141 JGR

### STATUS REPORT

COMES NOW Dennis Obduskey, Debtor here in and hereby submits this Status Report concerning the matter pending before the Tenth Circuit Court of Appeals.

1. The Debtor filed an appeal with the Tenth Circuit Court of Appeals (the"Court") on August 17, 2016, case number 16-1330 (the "Appeal").

2. The main issue at bar is whether or not Wells Fargo is considered a debt collector under the Fair Debt Collections Act.

3. Oral Arguments were be held on November 14, 2017.

4. Among the issues discussed with the justices was the lack of clarity regarding the role Wells Fargo has had at different times over the years regarding Mr. Obdouskey's mortgage. Most recently, Wells Fargo has represented itself as a servicer of the loan representing Freddie Mac, while sending funds received to an undeclared "investor".

5. After the hearing, Wells Fargo filed a letter to the Court under FRCP 28(j) that included additional case law that they contend is in support of their argument. Counsel for Mr. Obduskey filed a letter opposing the filing, stating that Wells Fargo was attempting to add additional arguments in support of its position.

6. As of the filing of this Report, the Court has not made any rulings concerning this matter.

Dated: December 14, 2017

/s/ Jane M. Roberson, Esq.
Jane M. Roberson, #30543
720 South Colorado Blvd. - #630-South
Denver, CO  80246
303-893-0833  Fax: 303-431-0633
   e-mail:  Roberson@JustAskJane.com
Counsel to Debtor