## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-17141-JGR |
| **Dennis K. Obduskey,** ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please be advised that Jennifer K. Cruseturner hereby withdraws as counsel for Wells Fargo Bank, N.A., and Holly R. Shilliday of McCarthy & Holthus, LLP, whose address is 7700 E. Arapahoe Road, Ste. 230, Centennial, CO 80112, (877) 369-6122, x1903, is hereby substituted as counsel for Wells Fargo Bank, N.A..

Dated this 4th day of January, 2018.

        Respectfully submitted,
        McCarthy & Holthus, LLP

By: */s/ Holly R. Shilliday*
    Holly R. Shilliday, Esq. SBN 24423
    7700 E. Arapahoe Road, Ste. 230
    Centennial, CO 80112
    Telephone: (877) 369-6122, x1903
    hshilliday@mccarthyholthus.com

By: */s/ Jennifer K. Cruseturner*
    Jennifer K. Cruseturner, Esq. SBN 44452
    7700 E. Arapahoe Road, Ste. 230
    Centennial, CO 80112
    Telephone: (877) 369-6122
    jcruseturner@mccarthyholthus.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| In re: | Case No. 16-17141-JGR |
|---|---|
| Dennis K. Obduskey, | (Chapter 13) |
| Debtor. | **Judge Joseph G. Rosania Jr.** |

## CERTIFICATE OF SERVICE

On 1/4/2018, I served the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** on the following individuals by electronic means through the Court's ECF program

| **TRUSTEE** | **DEBTOR(S) COUNSEL** | **US TRUSTEE** |
|---|---|---|
| Douglas B. Kiel | Jane M. Roberson | USTPRegion19.DV.ECF@usdoj.gov |
| ecfmail@denver13.com | Roberson@JustAskJane.info | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 1/4/2018                              /s/ Salvador Arroyo
                                              Salvador Arroyo

On 1/3/2018, I served the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Dennis K. Obduskey, 132 Wagon Tongue Rd, Bailey, CO 80421

**SPECIAL NOTICE(S)**
Synchrony Bank c/o Recovery Management Systems Corporation, Attn: Managing Agent, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 1/3/2018                              /s/ Christian Aguilar
                                              Christian Aguilar