## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:      Dennis Obduskey      CHAPTER 13
Case No.: 16-17141 JGR

### STATUS REPORT

COMES NOW Dennis Obduskey, Debtor herein, and hereby submits this Status Report concerning the matter pending before the U.S. Court of Appeals for the Tenth Circuit.

1. On August 17, 2016, the Debtor appealed a district-court judgment dismissing his claims against Wells Fargo and McCarthy & Holthus LLP. The case was docketed in the Tenth Circuit as No. 16-1330.

2. On January 19, 2018, a panel of the Tenth Circuit affirmed the ruling of the district court. That published opinion is not yet reported in the Federal Reporter, but is available at 2018 WL 477257. In its decision, the panel resolved a question that has openly divided the federal courts of appeals: whether the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p, "applies to non-judicial foreclosure proceedings." Slip op. 6. In holding that the FDCPA does not apply, the panel sided with the Ninth Circuit, and expressly rejected contrary decisions from "[t]he Fourth, Fifth, and Sixth Circuits, as well as the Colorado Supreme Court." *Ibid.*

3. On February 1, 2018, the Debtor engaged Stris & Maher LLP to seek further review in the Supreme Court of the United States. The engagement is on a pro-bono basis. The firm maintains an active practice before the Supreme Court, and Daniel L. Geyser, the chair of the firm's Supreme Court and Appellate Practice, will be acting as lead counsel in the Supreme Court. Mr. Geyser has argued two merits cases in the Court earlier this Term, and is set to argue a third case in the Court's upcoming April sitting. Based on the firm's substantial experience, the Debtor submits there is a substantial possibility that the Supreme Court will grant review and reverse the Tenth Circuit's decision.

4. The petition for a writ of certiorari is due on April 19, 2018. *See* Sup. Ct. R. 13.1 ("a petition for a writ of certiorari … is timely when it is filed …within 90 days after entry of the judgment"). The Debtor commits to filing by the existing deadline without extensions, and further anticipates filing well before the April 19 deadline. Unless one or more respondents seek multiple extensions, the petition will be on schedule to be disposed this Term before the Supreme Court breaks for its summer recess.

5. The Debtor submits that the current stay should remain in effect until the Supreme Court disposes of the forthcoming petition. The Debtor will continue to file Status Reports every thirty days as required by the Court's order. The Debtor will notify the court immedieatly once review is granted or denied.

Dated: February 9, 2018

/s/ Jane M. Roberson, Esq.
Jane M. Roberson, #30543
720 South Colorado Blvd. - #630-South
Denver, CO  80246
303-893-0833  Fax: 303-431-0633
e-mail:  Roberson@JustAskJane.com
Counsel to Debtor