# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Dennis K. Obduskey,<br><br>    Debtor. | Case No. 16-17141-JGR<br><br>(Chapter 13)<br><br>**Judge Joseph G. Rosania Jr.** |
| ,<br>Dennis K. Obduskey, Movant<br>v.<br><br>Wells Fargo Bank, N.A., Respondent. | |

## CERTIFICATE OF CONTESTED MATTER AND
## REQUEST FOR HEARING

On August 10, 2017 Movant filed Debtor's Objection to Claim of Wells Fargo Bank, N.A. (Docket 58). On September 8, 2017, Respondent filed it's Response to Debtor's Objection to Proof of Claim (Docket 63). Respondent hereby requests that this Court set this matter for a preliminary hearing in order to set a schedule for an evidentiary hearing regarding this matter.

| | |
|---|---|
| Dated:  5/31/2018 | By:  /s/  Ilene Dell'Acqua<br>*Counsel to* <u>Wells Fargo Bank, N.A.</u><br>Holly Shilliday, Esq. Atty. Reg. No. 24423<br>Ilene Dell'Acqua, Esq. Atty. Reg. No. 31755<br>7700 E. Arapahoe Road, Ste. 230<br>Centennial, CO 80112<br>(877) 369-6122<br>idellacqua@mccarthyholthus.com |

1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 16-17141-JGR |
| Dennis K. Obduskey, | (Chapter 13) |
| Debtor. | **Judge Joseph G. Rosania Jr.** |

## CERTIFICATE OF SERVICE

On 5/31/2018, I served the foregoing Certificate of Contested Matter on the following individuals by electronic means through the Court's ECF program

**TRUSTEE**  **DEBTOR(S) COUNSEL**
Douglas B. Kiel  Jane M. Roberson
ecfmail@denver13.com  Roberson@JustAskJane.info

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 5/31/2018                                              /s/ Salvador Arroyo
                                                              Salvador Arroyo

1