# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

IN RE:      Dennis Obduskey                CHAPTER 13
                                           Case No.: 16-17141 JGR
_____

## STATUS REPORT
_____

COMES NOW Dennis Obduskey, Debtor herein, and hereby submits this Status Report concerning the matter pending.

1. The Petition for a Writ of Certiorari to the United States Supreme Court was filed March 15, 2018. The Response was due April 16, 2018.

2. The conference with the Justices concerning the Writ of Certiorari is scheduled for June 21, 2018.

3. The Debtor will continue to file Status Reports every thirty days as required by this Court's Order.


Dated: June 13, 2018

                        /s/ Jane M. Roberson, Esq.
                        Jane M. Roberson, #30543
                        720 South Colorado Blvd. - #630-South
                        Denver, CO  80246
                        303-893-0833  Fax: 303-431-0633
                        e-mail:  Roberson@JustAskJane.com
                        Counsel to Debtor