UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held Wednesday, June 20, 2018, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | Bankruptcy Case No. |
| **Dennis K. Obduskey** | 16-17141 JGR |
| | Chapter 13 |
| Debtor. | |
| Last four digits of SS#: : **8785** | |

☒ **Appearances:**
Debtor:  Dennis Obduskey                         Counsel: Jane Roberson – By Phone
Creditor: Wells Fargo Bank, NA              Counsel: Ilene Dell'Acqua – By Phone

**Proceedings:** Telephonic preliminary hearing regarding Debtor's Objection to Claim of Wells Fargo Bank, N.A. filed August 10, 2017 (Docket #58) and Wells Fargo Bank, N.A.'s Response thereto filed September 8, 2017 (Docket #63).

☒   Entry of appearances and statements/arguments made
☒   Evidentiary[1]
☐   Witnesses sworn, as noted below, or ☐ see attached list
☐   Exhibits entered, as noted below, or ☐ see attached list
☐

**Orders:**
☒   Oral findings and conclusions made of record
☒   This matter is scheduled for an evidentiary hearing on confirmation of the Debtor's amended Chapter 13 Plan (Docket #52) and the objection thereto filed by Wells Fargo Bank, N.A. (Docket #54) and the Debtor's Objection to Claim of Wells Fargo Bank, N.A. (Docket #58) and Wells Fargo Bank, N.A.'s Response thereto (Docket #63) to be held on: **Wednesday, August 29, 2018 at 10:00 a.m.**, in **Courtroom B**, U.S. Custom House, 721 19th Street, Denver, CO  80202.  A separate scheduling order will enter.

FOR THE COURT:
Kenneth S. Gardner, Clerk

/s/ S. Nicholls
By: S. Nicholls, Law Clerk

---

[1] Evidentiary for statistical reporting purposes