**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>DENNIS K. OBDUSKEY,<br>SSN:  xxx-xx-8785<br><br>    Debtor. | Case No. 16-17141-JGR<br>Chapter 13 |

**ORDER AND NOTICE OF EVIDENTIARY HEARING**

THIS MATTER comes before the Court on Debtor's amended Chapter 13 Plan (Docket #52) and the objection thereto filed by Wells Fargo Bank, N.A. (Docket #54) and the Debtor's Objection to Claim of Wells Fargo Bank, N.A. (Docket #58) and Wells Fargo Bank, N.A.'s Response thereto (Docket #63).

IT IS HEREBY ORDERED an evidentiary hearing shall be held on **August 29, 2018**, commencing at **10:00 a.m., in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.

IT IS FURTHER ORDERED that the provisions of Fed.R.Civ.P. 26 shall apply to this contested matter and the parties shall adhere to the following deadlines:

1.    Expert Witnesses.  Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged on or before **July 23, 2018**.  If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made on or before **August 6, 2018**.

2.    Discovery.  Fact discovery must be completed by **August 13, 2018**.  Expert discovery must be completed by **August 13, 2018**.  "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.  The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this adversary proceeding.

3.    Witnesses and Exhibits.  The disclosures required by Fed.R.Civ.P. 26(a)(3) and (a)(4) must be made on or before **August 20, 2018**.  Exhibits must be marked for identification (Plaintiff-numbers and Defendant-letters) and exchanged at the time the disclosures are made.  Written objections directed to the exhibits must be filed and served on opposing counsel or party on or before **August 24, 2018**, otherwise all objections except as to relevancy are waived.

5. Pretrial Statement. On or before **August 20, 2018**, the parties, through counsel, if applicable, must confer and must prepare and submit to the Court on or before **August 24, 2018**, a pretrial statement setting forth the following:

A. A brief summary of the claims and defenses of each party;

B. A concise and complete statement of stipulated and uncontested facts;

C. A concise statement of the issues that are in dispute;

D. A brief statement of all points of law relied upon, citing pertinent statutes, standards, cases and other authority; and

E. If applicable, an itemization of damages with a description of the basis for the calculation.

IT IS FURTHER ORDERED that failure to comply with this Order and/or the procedures identified herein may result in denial of requested relief and/or imposition of appropriate sanctions pursuant to Fed.R.Bankr.P. 7016 and 7037 (Fed.R.Civ.P. 16 and 37).

DATED this 20th day of June, 2018.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge