# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 16-17141-JGR |
| Dennis K. Obduskey, | (Chapter 13) |
| Debtor. | **Judge Joseph G. Rosania Jr.** |

## REQUEST FOR SPECIAL NOTICE PURSUANT TO
## BANKRUPTCY RULES 2002, 9014 AND 7004

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Wells Fargo Bank, N.A. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP and Wells Fargo Bank, N.A. hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

Wells Fargo Bank, N.A.
Default Document Processing
N9086-01Y
100 Blue Gentian Road
Eagan, MN 55121-7700

c/o McCarthy & Holthus, LLP
7700 E. Arapahoe Road, Ste. 230
Centennial, CO 80112

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Wells Fargo Bank, N.A. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 7/10/2018     **McCarthy & Holthus, LLP**

/s/ Holly R. Shilliday
Holly Shilliday, Esq. Atty. Reg. No. 24423
Ilene Dell'Acqua, Esq. Atty. Reg. No. 31755
7700 E. Arapahoe Road, Ste. 230
Centennial, CO 80112
Telephone: 303-952-6905
E-mail: hshilliday@mccarthyholthus.com

1

## CERTIFICATE OF SERVICE

On 7/10/2018, I served the foregoing document on the following individuals by electronic means through the Court's ECF program

| **TRUSTEE** | **DEBTOR(S) COUNSEL** | **US TRUSTEE** |
|---|---|---|
| Douglas B. Kiel | Jane M. Roberson | USTPRegion19.DV.ECF@usdoj.gov |
| ecfmail@denver13.com | Roberson@JustAskJane.info | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 7/10/2018  /s/ Salvador Arroyo
Salvador Arroyo

The undersigned certifies that on 7/10/2018, by prepaid first class mail a copy of the foregoing document was served on all parties against whom relief is sought and those otherwise entitled to service pursuant to Fed.R.Bankr.P. and these L.B.R. at the following addresses:

**DEBTOR**
Dennis K. Obduskey, 132 Wagon Tongue Rd, Bailey, CO 80421

**SPECIAL NOTICE(S)**
Synchrony Bank c/o Recovery Management Systems Corporation, Attn: Managing Agent, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 7/10/2018  /s/ Hue Banh
Hue Banh