# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

IN RE:     Dennis Obduskey          CHAPTER 13
                                                    Case No.: 16-17141 JGR

## STATUS REPORT

COMES NOW Dennis Obduskey, Debtor herein, and hereby submits this Status Report concerning the matter pending.

1. The Petition for a Writ of Certiorari to the United States Supreme Court was filed March 15, 2018. The Response was due April 16, 2018.

2. The conference with the Justices concerning the Writ of Certiorari was scheduled for June 21, 2018.

3. On June 28, 2018 the Supreme Court granted the Debtor's Petition for Certiorari.

4. The main issue at bar is whether or not McCarthy Holthus is considered a debt collector under the Fair Debt Collection Practices Act.

Dated: July 16, 2018

/s/ Jane M. Roberson, Esq.
Jane M. Roberson, #30543
720 South Colorado Blvd. - #630-South
Denver, CO 80246
303-893-0833   Fax: 303-431-0633
e-mail: Roberson@JustAskJane.com
Counsel to Debtor