# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

IN RE:       Dennis K. Obduskey                CHAPTER 13
                                               Case No.: 16-17141 JGR

**ORDER GRANTING MOTION TO STAY THE CASE AND CONTINUE THE HEARING ON THE OBJECTION TO THE PROOF OF CLAIM SCHEDULED FOR AUGUST 29, 2018**

_____

**THE COURT**, having reviewed the Debtors'/Movants' Motion to Stay the Case and Continue the Hearing on the Objection to the Proof of Claim Scheduled for August 29, 2018, and being advised of the premises therein, does hereby:

**ORDER** that the Debtors'/Movants' Motion is hereby

GRANTED.

IT IS FURTHER ORDERED that the case will be stayed and the Hearing on the Objection to the Proof of Claim Scheduled for August 29, is hereby CONTINUED TO

_____, 201   ;



Dated: _____

                                                BY THE COURT:


                                                _____
                                                United States Bankruptcy Judge