**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-17141 JGR |
| DENNIS K. OBDUSKEY ) | |
| ) | Chapter 13 |
| Debtor . ) | |
| . ) | |

**PLAINTIFFS RULE 26(a)(2) EXPERT  DISCLOSURES**

Dennis K. Obduskey, the debtor herein, by and through his attorney, Roberson Law, LLC submit tis rule 26(a)(2) Expert Disclosures:

**Persons Likely to have Discoverable Information**

    1.	James Ware Kelley, 90 State Street, Suite 700, Office 40, Albany, NY 12207, phone number 917-250-1576. Mr. Kelley charges $400/hour for preparation, reports and testimony time. Mr. Kelley's curriculum vitae is attached hereto. He has testified on several cases including In re Dohrrmann, US Bankruptcy Court for the Eastern District of Wisconsin case umber 14-27137 GMH  in which he located preliminary victims and investors associated with a REMIC Trust and REMIC certificates.  Mr. Kelley has not authored any articles.

Mr. Kelley is expected to testify and offer opinions concerning the subject matter of this case. Mr. Kelley is expected to have a report no later than August 6, 2018. Mr. Kelley may also supplement his opinions after reviewing additional documents and/or discovery that is gathered in this case, including deposition, disclosure s by other parties of expert witnesses and rebuttal expert witness testimony. And the deposition testimony of such experts, if any. Mr. Kelley is also expected to testify in rebuttal to those opinions and date provided by other parties' expert witnesses, Mr. Kelley may also issue new opinions as he rebuts Wells Fargo Bank's opinions provided by its experts.

Dated: July 31, 2018


Respectfully submitted,

Roberson Law, LLC

*/s/ Jane M. Roberson*
Jane Roberson, Esq., #30543
720 S Colorado Blvd, Suite 450-S
Denver, CO 80246
Tele: 720-319-7049/303-431-0633 FAX
Roberson@JustAskJane.com
Attorneys for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2018, a true and correct copy of the Debtors' Rule 26(a)(2) Disclosures was served on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's local rules:

Attorney Holly R. Shilliday via CM/ECF bknotice@ @mccarthyholthus.com
Attorney Ilene Dell'Acqua via CM/ECF  bknotice@ @mccarthyholthus.com

/s/ Jane M. Roberson

Jane M. Roberson

# CURRICULUM VITAE
# OF
# JAMES WARE KELLEY

**REGISTERED AGENTS INC**
**90 STATE STREET**
**SUITE 700, OFFICE 40**
**ALBANY, NY 12207**
**(917) 250-1576**
INFO@MORTGAGEINVESTIGATOR.COM

As a real estate investor with more than 27 years of experience, working in six states and the USVI, I have investigated financial fraud since 2007 and assisted or testified in numerous related cases and situations. I have attended more than 70 seminars pertaining to banking and mortgage laws and received certifications in such areas as lending compliance, securitization, land title licensing and Bloomberg Terminal LP. I am currently registered as a Law Student with the California State Bar. I have spent a large amount of focus related to REMIC trusts which appear to own more than 24 million residential mortgages with limited documentation and have identified more than 42,000 trusts which may have evaded $2 trillion in income taxes between 1995-2010.

## EXPERT WITNESS / ANALYST                                    2007-PRESENT

Specializing in White-Collar Fraud in Banking and REMIC Trusts

Performing research through the viewing of actual business records and Corporate/Trust Documents including private quality control audits on various databases and have consulted with and supplied data/evidence to state and federal agencies.

**Training, knowledge and experience performing searches and understand and meaning of records and documents with reliable accuracy: Using but not limited to specialty data bases:**

- ABS Net
- Bloomberg Terminals
- Core Logic (Investors Evidence Only)
- SEC, Pacer, Government Land Records
- City/County/State/Federal records and other professional resources to view these records and documents.

**Personal Knowledge and Experience in but not limited to:**

- Securitization of mortgage loans
- Derivative Securities
- The Securities Industry
- Real property law
- Uniform Commercial Code practices
- Predatory lending practices
- Truth in Lending Act requirements
- Loan origination and underwriting
- Accounting in the context of:
    o Securitization
    o Pooling and servicing of securitized loans
    o Assignment and assumption of securitized loans
    o Creation of trusts under deeds of trust
    o Pooling and servicing agreements
- Issuance of asset backed securities and specifically mortgage-backed securities by special purpose vehicles in which an entity is named as trustee for holders of certificates of mortgage backed securities
- The economics of securitized residential mortgages
- Appraisal fraud and its effect on APR disclosure
- The foreclosure process of securitized and non-securitized residential mortgages in both judicial and non-judicial states
- IRS REMIC guidelines 860 (a-g) and various forms of foreclosure related frauds.

### CERTIFICATIONS AND COURSE WORK

Issues concerning real estate are incredibly complicated and require considerable education and course work to understand a variety of situations which may be presented in any given situation.

**National Association of Mortgage Brokers**
- Certification in Residential Mortgage Lending          1998
- Associate Member, since                                1998

- Shut the Door on Fraud Seminar, New Orleans, LA            2000
- Protect Your Business, Richmond, VA                        1998

**Certified Forensic Loan Auditors**
- Mortgage Securitization Auditor                            2010
    - Elizabeth Jacobson, Douglas Rian, Andrew Lehman, instructors
- Mortgage Securitization Auditor Ambassador Tire 2 Auditor  2011
    - Art Bernardi, Andrew Lehman, J.D., instructors
- Forensic Loan Auditor Certification                        2010
    - Marla Giddings, Instructor

**Seak.Com**
- Advanced Testifying Skills, Naples, FL                     2012

**National Association of Investigative Specialists**
- Certificate of Membership (former)                         2016

**Land Title Association of Colorado**
- Certificate of Membership (former)                         2014

**TrainingPro Advanced Education Systems**
**Kentucky Department of Financial Institutions**
- Real Estate Settlement Procedures ACT (RESPA)              2004
- Equal Credit Opportunity Act (ECOA)
- Updating Federal Laws
- Truth in Lending Act (TILA)
- Ethics
- Gramm-Leach Bliley Act (GLB)
- Predatory Lending
- Kentucky Law Update
- Overview of Lending and Application Process
- Federal Equal Credit Opportunity Act and Lending Compliance Act
- Louisiana State Law Update

**Florida Association of Mortgage Brokers**
- VA Underwriting and Processing                             2002
- Appraisal Underwriting
- Understanding Credit Scoring

**Modular Housing Training Institute, Pennsylvania College of Technology**
- Site and Foundation Preparation
- Complete Modular Home Set
- Finishing a Modular Home
- Optimal Scheduling Overview                                2001

### SELECT CASES

**United States v. Scott Farah and Donald Dodge**
**(U.S.D.C., District of New Hampshire)**
**Criminal action 1:10-cr-pb-01/02**
In 2009, investigated FRM (Financial Resource Mortgage) of Meredith, New Hampshire, as a victim. and testified in opposition to the US Attorney Mark Zukerman plea bargain. FRM was a small New Hampshire bank lending nationwide. During this investigation, presented evidence to state and federal agencies, media, BBB and testified at the criminal sentencing of Bank President Scott Farah as 1 of 7 victims/witnesses, and in opposition to the plea bargain of US Attorney Mark Zuckerman victims/witnesses. Judge Barbardoro denied the plea bargain and extended sentence. https://www.sec.gov/litigation/litreleases/2011/lr21837.htm

**US Bank v. Brumfiel**
**Arapahoe District Court 13-cv-825**
Mapped conflicting payment histories
Located preliminary victims associated with REMIC Trust
Organized and Assisted in a forensic Document Examination
Located Bond certificate investors and stock brokers involved with REMIC bond certificates
Appeared in court at Document Examination
This could use a couple of sentences about what you did in this case

**Zeller v. Ventures Trust**
**2013-I-Nh, 15 cv 1077**
Affidavit in Support of Temporary Restraining Order

**In re: Dohrmann**
**US Bankruptcy Court for the Eastern District of Wisconsin**
**14-27137-GMH**
Mapped conflicting payment histories
Located preliminary victims associated with the REMIC Trust
Organized and Assisted in a forensic Document Examination
Located Bond certificate investors and stock brokers involved with REMIC bond certificates
Appeared in court and telephonically

**US v McCulley, CR-13-07-BU-SHE**
**Related case McCulley v. US Bank 09-562C, Appealed DA 14-0267**
**Montana Supreme Court**
Declaration in support of Mary McCulley's release

**This Curriculum Vitae Supplements Resume / Professional Summary**