UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 16-17141-JGR |
| Dennis K. Obduskey, | (Chapter 13) |
| Debtor. | **Judge Joseph G. Rosania Jr.** |

**MOTION TO STRIKE PLAINTIFFS RULE 26(a)(2) EXPERT DISCLOSURES**

Wells Fargo Bank, N.A., ("Movant") hereby moves to strike Plaintiffs (sic) Rule 26(a)(2) Expert Disclosures, filed on July 31, 2018, at Docket 86 ("Disclosures"). In support of this request, Movant states the following:

1.  The Court set a deadline for all parties to make and exchange expert disclosures and written reports required by 26(a)(2) on or before July 23, 2018 in it's Order and Notice of Evidentiary Hearing dated June 20, 2018 (Docket 80).

2.  Debtor's Disclosures were filed on July 31, 2018, more than a week after the deadline.

3.  Debtor did not file any Motion to for leave to extend the deadline schedule and no Order was entered allowing this schedule to be changed.

4.  Debtor's listed witness will allegedly have a report "no later than August 6, 2018." The deadline for the expert report was July 23, 2018. Debtor unilaterally gave himself a two week extension to provide the report in violation of this Court's Order. Delaying the report further prejudices the Movant.

5.  Therefore, Debtor's Disclosures do not comply with the Order and Notice of Evidentiary Hearing entered by this Court on June 20, 2018 at Docket 80, and should be stricken from the Court record.

WHEREFORE, based on the foregoing, Movant respectfully requests this Honorable Court to strike Plaintiffs Rule 26 (a)(2) Expert Disclosures.

|  |  |
|---|---|
| | Respectfully submitted,<br>**McCarthy & Holthus, LLP** |
| Dated: 7/31/2018 | By: _/s/ Ilene Dell'Acqua_<br>Holly Shilliday, Esq. Atty. Reg. No. 24423<br>Ilene Dell'Acqua, Esq. Atty. Reg. No. 31755<br>7700 E. Arapahoe Road, Ste. 230<br>Centennial, CO 80112<br>Telephone: (877) 369-6122<br>E-mail: idellacqua@McCarthyHolthus.com<br><br>Attorneys for Wells Fargo Bank, N.A. |

2