# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 16-17141-JGR |
| Dennis K. Obduskey, | (Chapter 13) |
| Debtor. | **Judge Joseph G. Rosania Jr.** |

**ORDER RE:**
**MOTION TO STRIKE PLAINTIFFS RULE 26(a)(2) EXPERT DISCLOSURES**

This Court, having reviewed the Motion to Strike Plaintiffs (sic) Rule 26(a)(2) Expert Disclosures, filed by Debtor, and being otherwise fully advised in the premises,

HEREBY GRANTS the requested relief. Plaintiffs Rule 26(a)(2) Expert Disclosures, filed on July 31, 2018, at Docket 86 are STRICKEN. Any report purported to be written by the Expert disclosed by Debtor and filed before or after the entry of this Order is also STRICKEN.

DATED:  _____

SIGNED:  _____
Judge, United States Bankruptcy Court

1