**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | ) |
| | ) |
| DENNIS K. OBDUSKEY | ) Bankruptcy Case No. 16-17141-JGR |
| | ) |
| | ) Chapter 13 |
| Debtor(s). | ) |
| | ) |
| Last four digits of SS#:  8785 | ) |

**NOTICE OF TELEPHONIC NON-EVIDENTIARY HEARING**

NOTICE IS HEREBY GIVEN as follows:

1. A non-evidentiary hearing will be held on **Tuesday, August 14, 2018, at 11:00 a.m., in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202, regarding (a) Debtor's Motion to Stay the Case and Continue the Hearing on the Objection to the Proof of Claim Schedules for August 29, 2018 filed July 19, 2018 (Docket #85), Wells Fargo Bank, N.A.'s Response thereto filed August 2, 2018 (Docket #87), and Wells Fargo Bank, N.A.'s Motion to Strike Plaintiff's Rule 26(a)(2) Expert Disclosures filed August 6, 2018 (Docket #88).

2. Counsel/parties may appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code, followed by the pound sign (#). The access code is: **9369782.** You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7327 and leave a name and the telephone number where you can be reached and the Court will return the call.

3. In the event the matter is resolved, the hearing shall be vacated only upon receipt and consideration by the Court of a written stipulation or agreement of the parties no later than the day before the scheduled hearing.

Dated this 7th day of August, 2018.          BY ORDER OF THE COURT
                                              KENNETH S. GARDNER, Clerk

                                              By: /s/ Anne Sekera
                                                  Anne Sekera, Deputy Clerk
                                                  United States Bankruptcy Court
                                                  U.S. Custom House
                                                  721 Nineteenth Street
                                                  Denver, CO 80202