United States Bankruptcy Court
District of Colorado

In re:  
Dennis K. Obduskey  
    Debtor

Case No. 16-17141-JGR  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: gentd     Page 1 of 1     Date Rcvd: Aug 07, 2018  
                      Form ID: pdf904     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.  
db          Dennis K. Obduskey,    132 Wagon Tongue Rd,    Bailey, CO  80421-1057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:  
         Douglas B. Kiel     ecfmail@denver13.com  
         Holly R. Shilliday     on behalf of Creditor    Wells Fargo Bank, N.A. bknotice@mccarthyholthus.com, hshilliday@mccarthyholthus.com;hshilliday@ecf.courtdrive.com  
         Ilene Dell'Acqua     on behalf of Creditor    Wells Fargo Bank, N.A. bknotice@mccarthyholthus.com, idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com  
         Jane M. Roberson     on behalf of Debtor Dennis K. Obduskey Roberson@JustAskJane.info  
         US Trustee     USTPRegion19.DV.ECF@usdoj.gov  
                                                                                          TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: ) | |
| ) | |
| DENNIS K. OBDUSKEY ) | Bankruptcy Case No. 16-17141-JGR |
| ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| ) | |
| Last four digits of SS#: 8785 ) | |

**NOTICE OF TELEPHONIC NON-EVIDENTIARY HEARING**

NOTICE IS HEREBY GIVEN as follows:

1. A non-evidentiary hearing will be held on **Tuesday, August 14, 2018, at 11:00 a.m., in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202, regarding (a) Debtor's Motion to Stay the Case and Continue the Hearing on the Objection to the Proof of Claim Schedules for August 29, 2018 filed July 19, 2018 (Docket #85), Wells Fargo Bank, N.A.'s Response thereto filed August 2, 2018 (Docket #87), and Wells Fargo Bank, N.A.'s Motion to Strike Plaintiff's Rule 26(a)(2) Expert Disclosures filed August 6, 2018 (Docket #88).

2. Counsel/parties may appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code, followed by the pound sign (#). The access code is: **9369782.** You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7327 and leave a name and the telephone number where you can be reached and the Court will return the call.

3. In the event the matter is resolved, the hearing shall be vacated only upon receipt and consideration by the Court of a written stipulation or agreement of the parties no later than the day before the scheduled hearing.

Dated this 7th day of August, 2018.

BY ORDER OF THE COURT
KENNETH S. GARDNER, Clerk

By: /s/ Anne Sekera
Anne Sekera, Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202