UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held Tuesday, August 14, 2018, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br>**Dennis K. Obduskey**<br><br>Debtor.<br>Last four digits of SS#: : **8785** | Bankruptcy Case No.<br>16-17141 JGR<br>Chapter 13 |

☒ **Appearances:**
Debtor:  Dennis K. Obduskey                                  Counsel: Jane Roberson
Creditor: Wells Fargo Bank, N.A.                             Counsel: Holly Shilliday
                                                             Ilene Dell'Acqua

**Proceedings:**   Telephonic non-evidentiary hearing regarding the Debtor's Motion to Stay the Case and Continue The Hearing of the Objection to the Proof of Claim Scheduled for August 29, 2018 filed on July 19, 2018 (Docket #85) and Wells Fargo Bank, N.A.'s Response thereto filed August 2, 2018 (Docket #87)

☒ Entry of appearances and statements/arguments made
☒ Evidentiary[1]
☐ Witnesses sworn, as noted below, or ☐ see attached list
☐ Exhibits entered, as noted below, or ☐ see attached list
☒ Mr. Obduskey was also present by phone.

**Orders:**
☒ Oral findings and conclusions made of record
☒ IT IS ORDERED that the Debtor's Motion to Stay the Case and Continue The Hearing of the Objection to the Proof of Claim Scheduled for August 29, 2018 filed on July 19, 2018 (Docket #85) is **DENIED**.  A separate order will not enter.

FOR THE COURT:
Kenneth S. Gardner, Clerk

/s/ S. Nicholls
By: Stephen C. Nicholls, Law Clerk

---

[1] Evidentiary for statistical reporting purposes