**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
**Minutes of Electronically Recorded Proceeding**
**Held Tuesday, August 14, 2018, before Honorable Joseph G. Rosania, Jr.**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
| **Dennis K. Obduskey** | ) | 16-17141 JGR |
| | ) | Chapter 13 |
| Debtor. | ) | |
| Last four digits of SS#: : **8785** | ) | |
| | ) | |
| | ) | |

☒ **Appearances:**
Debtor:   Dennis K. Obduskey                          Counsel: Jane Roberson
Creditor: Wells Fargo Bank, N.A.                     Counsel: Holly Shilliday
                                                                          Ilene Dell'Acqua

**Proceedings:**     Telephonic non-evidentiary hearing regarding Wells Fargo Bank, N.A.'s Motion to
Strike Plaintiff's Rule 26(a)(2) Expert Disclosures filed August 6, 2018 (Docket #88)

☒     Entry of appearances and statements/arguments made
☒     Evidentiary[1]
☐     Witnesses sworn, as noted below, or ☐ see attached list
☐     Exhibits entered, as noted below, or ☐ see attached list
☒     Mr. Obduskey was also present by phone.

**Orders:**
☒     Oral findings and conclusions made of record
☒     IT IS ORDERED that  the Wells Fargo Bank, N.A.'s Motion to Strike Plaintiff's Rule 26(a)(2)
Expert Disclosures filed August 6, 2018 (Docket #88) is **GRANTED**.  A separate order will
not enter.

                                            FOR THE COURT:
                                            Kenneth S. Gardner, Clerk

                                            /s/ S. Nicholls
                                            By: Stephen C. Nicholls, Law Clerk

---

[1] Evidentiary for statistical reporting purposes