UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Dennis K. Obduskey,<br>　　　Debtor | Case No. 16-17141-JGR<br><br>(Chapter 13)<br><br>**Honorable Judge Joseph G. Rosania Jr.** |
| Wells Fargo Bank, N.A.,<br><br>v.<br><br>Dennis K. Obduskey, Debtor; and Douglas B. Kiel, Chapter 13 Trustee | |

**LIST OF WITNESSES AND EXHIBITS**

　　　Wells Fargo Bank, N.A. (Movant), through undersigned counsel, hereby designates the following witnesses and exhibits for the hearing on Movant's Motion for Relief from Stay and Debtor's Objection currently scheduled for August 29, 2018 at 10:00 a.m. in Courtroom B.

WITNESSES

Movant may call any or all of the following witnesses:
1. Debtor, if present.
2. Any witnesses endorsed by Debtor.
3. Any witnesses needed for rebuttal.
4. Amber Ott, a qualified representative from Wells Fargo Bank, N.A. to testify to the post-petition default, loan documents and loan history.

///
///
///
///
///
///
///

1

## EXHIBITS

Movant intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated this 20th day of August, 2018.

                              McCarthy & Holthus, LLP

By: */s/ Ilene Dell'Acqua*
     Holly Shilliday, Esq. Atty. Reg. No. 24423
     Ilene Dell'Acqua, Esq. Atty. Reg. No. 31755
     7700 E. Arapahoe Road, Ste. 230
     Centennial, CO 80112
     Telephone: (866) 894-7369
     E-mail: idellacqua@mccarthyholthus.com

     Attorneys for Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| In re:<br><br>Dennis K. Obduskey,<br>     Debtor<br><br>Wells Fargo Bank, N.A.,<br><br>v.<br><br>Dennis K. Obduskey, Debtor; and Douglas B. Kiel, Chapter 13 Trustee | Case No. 16-17141-JGR<br><br>(Chapter 13)<br><br>**Honorable Judge Joseph G. Rosania Jr.** |
|---|---|

## ATTACHMENT 1
## EXHIBITS FOR HEARING

Submitted by: McCarthy & Holthus, LLP, Attorney for Wells Fargo Bank, N.A. (Movant).

In connection with: Movant's Motion for Relief from Stay and Debtor's Objection currently scheduled for August 29, 2018 at 10:00 a.m. in Courtroom B.

| Exhibit Number | Description | Offered (Y/N) | Admitted (Y/N) | Additional Comments |
|---|---|---|---|---|
| A | Note | | | |
| B | Deed of Trust | | | |
| C | Assignment | | | |
| D | Freddie Mac Power of Attorney | | | |
| E | Proof of Claim filed 8/3/2016 | | | |
| F | Amended Proof of Claim filed 6/12/2017 | | | |
| G | Payment History | | | |

File No. CO-16-128403
List of Witnesses and Exhibits, Case No. 16-17141-JGR