UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO

Debtor 1: __Dennis Obduskey__          Case #:16-17141 JGR
          First Name  Middle Name  Last Name

Debtor 2: _____          Chapter: 13
          First Name  Middle Name  Last Name

**Local Bankruptcy Form 9070-1.1**
**List of Witnesses and Exhibits**

**Complete applicable sections.**

**Dennis Obduskey hereby designates the following witnesses and exhibits for the hearing set for August 29, 2018 at 10:00 a.m. at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom B, Fifth floor, Denver, CO 80202.**

Part 1   **Witnesses**

Party **will call** the following witnesses:

| Witness Name | Nature of Testimony |
|---|---|
| Dennis K. Obduskey | Mr. Obduskey is the Debtor in this case. Mr. Obduskey is expected to testify |
| | |
| | |
| | |

Party **may call** the following witnesses:

| Witness Name | Nature of Testimony |
|---|---|
| Steven Hill, Esq. | Mr. Hill represented Mr. Obduskey in the civil court cases up to the Tenth Circuit Court of Appeals. Mr. Hill is expected to testify as to his efforts to determine who the owner of the debt in question, and the difficulties encountered, as well as the litigation against Wells Fargo |
| Keith Gantenbein, Esq. | Mr. Gantenbein's testimony is expected to concern Wells Fargos practices during the time the Foreclosure actions were filed in Park County Colroado. Mr. Gatenbien worked for the law firm that filed the foreclosure action at the time the action was filed |
| James Kelly | Mr. Kelly is expected to testify as a expert witness. Mr. Kelley is expected to testify and offer opinions concerning the subject matter of this case. t |
| Takia Jamea Martin, VP Loan Documentation, Wells Fargo Bank | Ms. Martin is expected to testify as to the information used and process utilized in preparaton of proof of claim #1 |
| Tati Mohammad | |
| | |

| | |
|---|---|
| Any witnesses endorsed by Wells Fargo Bank | |
| Any witnesses needed for rebuttal | |

Part 2  **Exhibits**

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments (electronic video, paper, etc.) |
|---|---|---|---|---|
| 1 | Docket report for case number 16-17141 dated 8/20/18 | | | |
| 2 | Debtor's Petition, Schedules, Chapter 13 plan, Chapter 13 means test and statement of Financial Affairs dated 7/19/2016 | | | |
| 3 | Proof of claim #1 and exhibits filed by Wells Fargo 8/3/2016 and amended proof of claim #1 and exhibits filed by Wells Fargo filed 6/12/2017 | | | |
| 4 | Proof of Claim #1 and exhibits amended by Wells Fargo 6/15/2017 | | | |
| 5 | U.S. Bankruptcy Court Official Form 410 Instructions for Proof of Claim | | | |
| 6 | Letter from Debtor to Office of RESPA dated 11/7/2011 | | | |
| 7 | Letter from Wells Fargo to Debtor dated 12.9.2011 | | | |
| 8 | 10th Cir. Appellate Case 16-330 document no 01019573001 filed 1/19/2017 page 11 | | | |
| 9 | R.E.S.P.A. Qualified Written Request dated 5/15/2017 from Steven Hill to Wells Fargo dated 5/15/2017 | | | |
| 10 | Letter from Wells Fargo to Steven Hill dated May 26, 2017 | | | |
| 11 | Letter from Wells Fargo to Wells Fargo dated July 13, 2017 concerning letter reference# above | | | |
| 12 | Documents sent from Counsel for Wells Fargo to Debtor's counsel 7.5.2018 1:23 p.m. | | | |

| | | | | |
|---|---|---|---|---|
| 13 | Freddie Mac – Step by Step Mortgage Guide. Publication Number 853 June, 2016 | | | |
| 14 | Debtor's closing instructions and proof sheet | | | |
| 15 | Indictment of Kedrick McDuffy | | | |
| | | | | |
| | | | | |
| | Any exhibits endorsed by Wells Fargo | | | |
| | Any exhibits needed for rebuttal | | | |

Debtor reserves the right to amend.

**Part 3**  **Signature of Debtor's Attorney**

Dated: August 20, 2018

/ Jane M. Roberson, Esq.
Jane M. Robeson #30543
*Counsel to Debtor(s)*
720 South Colorado Blvd. - #630-South
Denver, CO  80246
303-893-0833  Fax:303-431-0633
e-mail:  Roberson@JustAskJane.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2018, a true and correct copy of the Witness and Exhibit list and Exhibtis 1 – 15  were sent ot the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's local rules:

Holly Shilliday via email  bknotice@mccarthyholthus.com and email

Attorney Ilene Dell'Acqua via CM/ECF  idellacqua@mccarthyholthus.com

/s/ Jane M. Roberson