## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE: Dennis K. Obduskey

CHAPTER 13
Case No.: 16-17141 JGR

### NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.

Debtor by and through his attorney, Jane M. Roberson, Esq., hereby withdraws without prejudice the Debtor's Objection to Claim of Wells Fargo Bank, N.A. filed August 10, 2017 at docket no. 58, and as grounds therefore state that the Debtor has chosen to withdraw the Objection.

DATED this August 24, 2018.

/s/ Jane M. Roberson, Esq.
Jane M. Roberson, #30543
720 South Colorado Blvd. - #630-South
Denver, CO 80246
303-893-0833
e-mail: Roberson@JustAskJane.com
Attorney for Debtor(s)