# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Dennis K. Obduskey,<br>        Debtor<br><br>---<br><br>Wells Fargo Bank, N.A.,<br><br>v.<br><br>Dennis K. Obduskey, Debtor; and Douglas B. Kiel, Chapter 13 Trustee | Case No. 16-17141-JGR<br><br>(Chapter 13)<br><br>**Honorable Judge Joseph G. Rosania Jr.** |

## LIST OF WITNESSES AND EXHIBITS

    Wells Fargo Bank, N.A. (Movant), through undersigned counsel, hereby designates the following witnesses and exhibits for the hearing on Movant's Objection to Confirmation (Docket 54 filed July 5, 2017) currently scheduled for August 29, 2018 at 9:00 a.m. in Courtroom B.

### WITNESSES

Movant may call any or all of the following witnesses:
1. Debtor, if present
2. Any witnesses endorsed by Debtor
3. Any witnesses needed for rebuttal

### EXHIBITS

Movant intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated this 28th day of August, 2018.

                                                        McCarthy & Holthus, LLP

                                                        By: */s/ Ilene Dell'Acqua*

1

Holly Shilliday, Esq. Atty. Reg. No. 24423
Ilene Dell'Acqua, Esq. Atty. Reg. No. 31755
7700 E. Arapahoe Road, Ste. 230
Centennial, CO 80112
Telephone: (866) 894-7369
E-mail: idellacqua@mccarthyholthus.com;

Attorneys for Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Dennis K. Obduskey,<br>        Debtor<br><br>―――――――――――――――<br>Wells Fargo Bank, N.A.,<br><br>v.<br><br>Dennis K. Obduskey, Debtor; and Douglas B. Kiel, Chapter 13 Trustee | Case No. 16-17141-JGR<br><br>(Chapter 13)<br><br>**Honorable Judge Joseph G. Rosania Jr.** |

## ATTACHMENT 1
## EXHIBITS FOR HEARING

Submitted by: McCarthy & Holthus, LLP, Attorney for Wells Fargo Bank, N.A. (Movant)

Movant's Objection to Confirmation (Docket 54 filed July 5, 2017) currently scheduled for August 29, 2018 at 9:00 a.m. in Courtroom B.

| Exhibit Number | Description | Offered (Y/N) | Admitted (Y/N) | Additional Comments |
|---|---|---|---|---|
| 1 | Proof of Claim 1-1 filed 8/3/2016 | | | |
| 2 | Amended Proof of Claim 1-2 filed 6/12/2017 | | | |
| 3 | Debtor's Schedules I & J | | | |
| 4 | Payment History | | | |