**UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO**

Debtor 1:___Dennis Obduskey_____     Case #:<u>16-17141 JGR</u>
            First Name  Middle Name   Last Name

Debtor 2: _____     Chapter: 13
          First Name     Middle Name   Last Name

<u>**Local Bankruptcy Form 9070-1.1**</u>
**List of Witnesses and Exhibits**

**Complete applicable sections.**

**Dennis Obduskey hereby designates the following witnesses and exhibits for the hearing set for August 29, 2018 at 10:00 a.m. at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom B, Fifth floor, Denver, CO 80202.**

**Part 1**  **Witnesses**

Party **will call** the following witnesses:

| Witness Name | Nature of Testimony |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Party **may call** the following witnesses:

| Witness Name | Nature of Testimony |
|---|---|
| Dennis K. Obduskey | Mr. Obduskey is the Debtor in this case. Mr. Obduskey is expected to  testify concerning his petition and schedules,  chapter 13 plan filed June 15, 2017 at docket no. 52, the post-petition mortgage payments made to Wells Fargo. |
|  |  |
|  |  |
| Any witnesses endorsed by Wells Fargo Bank |  |
| Any witnesses needed for rebuttal |  |

**Part 2**  **Exhibits**

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments (electronic video, paper, etc.) |
|---|---|---|---|---|
| A | Debtor's Schedules A/B |  |  |  |
| B | Debtor's Schedules I & J |  |  |  |
| C | Proof of claim 1-1 filed August 3, 2016 |  |  |  |

| D | Amended proof of claim 1-2 filed June 12, 2017 | | | |
|---|---|---|---|---|
| E | Copies of cancelled checks reflecting debtor's post-petition mortgage payments to Wells Fargo | | | |
| | | | | |
| | Any documents necessary to lay the foundation for an exhibit | | | |
| | Any document listed by Wells Fargo Bank, NIA. in its witness and exhibit list | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

This party may also use any Exhibit listed by any other party.

**Part 3**   **Signature of Debtor's Attorney**

Dated: August 28, 2018

/ Jane M. Roberson, Esq.
Jane M. Robeson #30543
*Counsel to Debtor(s)*
720 South Colorado Blvd. - #630-South
Denver, CO  80246
303-893-0833  Fax:303-431-0633
e-mail:  Roberson@JustAskJane.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2018, a true and correct copy of the Witness and Exhibit list and Exhibits A-E  were sent to the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's local rules:

Holly Shilliday via email  bknotice@mccarthyholthus.com and email

Attorney Ilene Dell'Acqua via CM/ECF  idellacqua@mccarthyholthus.com

/s/ Jane M. Roberson