UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held Wednesday, August 29, 2018, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br>**Dennis K. Obduskey**<br><br>Debtor.<br>Last four digits of SS#: : **8785** | Bankruptcy Case No.<br>16-17141 JGR<br>Chapter 13 |

☒ **Appearances:**
Debtor:  Dennis Obduskey                                  Counsel: Jane Roberson
Creditor: Wells Fargo Bank, NA                         Counsel: Ilene Dell'Acqua

**Proceedings:**   Evidentiary hearing regarding confirmation of Debtor's Amended Chapter 13 Plan filed June 15, 2018 (Docket #52) and the Objection thereto filed by Wells Fargo Bank, NA (Docket #54).

☒   Entry of appearances and statements/arguments made.
☒   Evidentiary[1]
☒   Mr. Obduskey was sworn and testified in support of his desire to continue in Chapter 13 and the history post-petition mortgage payments. Exhibits were admitted as listed below.

**Orders:**
☒   Oral findings and conclusions made of record.
☒   IT IS ORDERED as follows:
1. Based upon the statements entered on the record at the hearing, Confirmation of the Debtors' Chapter 13 plan filed June 15, 2018, and any previously filed plan, is DENIED. All pending objections are deemed moot. Any party desiring to object to a future plan must file a new objection.

2. Debtor shall, on or before **September 13, 2018**, file with this Court, if not previously filed, and serve as provided herein (a) an amended Chapter 13 Plan of Reorganization, (b) a notice of the continued hearing and/or deadlines identified hereinbelow, and (c) a certificate of service which shows service of the plan and notice as ordered herein.

3. Debtor's amended plan referenced in paragraph three above, along with notice of a continued hearing and/or deadlines, shall be served by mail on the following:
   ☒ Chapter 13 Trustee
   ☒ All parties who have entered an appearance in the case
   ☒ All creditors adversely affected by the amendment
   ☒ Appropriate taxing authorities

---

[1] Evidentiary for statistical reporting purposes

4. The deadline for filing objections to confirmation of the amended Chapter 13 plan of reorganization is hereby established as **October 4, 2018**.

5. A continued non-evidentiary hearing regarding confirmation of the amended Chapter 13 plan of reorganization and objections thereto shall be held on **Thursday, October 18, 2018** at **10:00 a.m. in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, CO 80202.

    **Only if a timely and meaningful Confirmation Status Report is filed, counsel/parties may appear by telephone at the hearing**. The following instructions are provided for appearing by telephone and connecting to the conference call line:

    > Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code, followed by the pound sign (#). The access code is: **9369782**. You will then be connected into the conference.

    Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at **720-904-7327** and leave a name and the telephone number where you can be reached and the Court will return the call.

6. On or before **October 11, 2018**, Debtor shall timely file the appropriate Confirmation Status Report, or Verification of Confirmable Plan, in accordance with L.B.R. 3015-1. If no objection(s) is/are filed with the Court, and a Verification of Confirmable Plan is filed, counsel/parties may contact the Court to inquire whether the hearing shall be vacated.

    **IN THE EVENT DEBTOR(S) FAIL TO TIMELY FILE A MEANINGFUL CONFIRMATION STATUS REPORT BY THE ABOVE DEADLINE, DEBTOR(S)— appearing pro se or through counsel—SHALL APPEAR, IN PERSON, AT THE CONTINUED HEARING.**

7. If confirmation is not possible at the time of the continued hearing, or if payments are not current to the Chapter 13 Trustee, the Court may dismiss the case.

8. The Debtor shall file amended schedules I & J on or before **September 13, 2018**.

9. If necessary, Debtor may file amended proofs of claim on behalf of creditors under Fed.R.Bankr.P. 3004 on or before **September 13, 2018**.

10. This Minutes of Proceeding shall constitute the order of the Court and no further order shall enter.
11. Failure to comply as ordered may establish cause for dismissal of the within case.

FOR THE COURT:
Kenneth S. Gardner, Clerk
/s/ S. Nicholls
By: S. Nicholls, Law Clerk

**DEBTOR'S EXHIBITS**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| A | Debtor's Schedules A/B | Yes | Yes | Stipulated |
| B | Debtor's Schedules I & J | Yes | Yes | Stipulated |
| C | Proof of Claim 1-1 filed August 8, 2016 | Yes | Yes | Stipulated |
| D | Amended proof of claim 1-2 filed June 12, 2107 | Yes | Yes | Stipulated |
| E | Copies of cancelled checks reflecting debtor's post-petition mortgage payments to Wells Fargo | Yes | Yes | Stipulated |

**CREDITOR'S EXHIBITS**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| 1 | Proof of Claim 1-1 filed August 8, 2016 | Yes | Yes | Stipulated |
| 2 | Amended proof of claim 1-2 filed June 12, 2107 | Yes | Yes | Stipulated |
| 3 | Debtor's Schedules I & J | Yes | Yes | Stipulated |
| 4 | Payment History | Yes | Yes | Stipulated |