**UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO**

**Debtor 1:** Dennis Obduskey    **Case #:** 16-17141 JGR
         First Name   Middle Name   Last Name

**Debtor 2:** _____    **Chapter 13**
         First Name   Middle Name   Last Name

**Local Bankruptcy Form 1009-1.1**
**Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors**

**Please check applicable boxes. Complete applicable sections,** *identifying each amendment*, **and attach additional pages as necessary.**

**PART 1**  Notice

You are hereby notified that the debtor has filed amended documents:**[Amended schedules I and J**

**PART 2**  Amendments

**2.1 Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New Information |
|---|---|---|
|  |  |  |
|  |  |  |

**2.2 List(s)**

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New Information |
|---|---|---|
|  |  |  |
|  |  |  |

Change in creditor's name or address on List(s):

| Creditors name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |
|  |  |

**2.3 Schedule(s) of Debts**

☒ Not applicable (no amendments to Schedules of Debt (s))

☐ Schedule(s) of Debts are amended as follows

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
|  |  |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served. Objections must be filed with the Court and a complete copy must be served on the debtor's attorney or the debtor, if unrepresented.

Schedule D:

| New creditor or amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New Creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |
| ☐ New Creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |

Schedules E/F:

| New creditor or amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New Creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |
| ☐ New Creditor<br>☐ Amendment to existing creditor |  |  |  |  |  |

Schedule G:

| Contracting/Leasing party and address | What the contract or ease is for |
|---|---|
|  |  |
|  |  |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
|  |  |
|  |  |

Schedules I/J:

| Amended/New information |
|---|
| Schedules I and J have been amended to reflect the debtor's current income and expenses. |
|  |

**2.4 Statement(s)**

☒ Not applicable (no amendments to Statement(s))

☐ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

**2.5 Addition of Creditor(s)**

☒ Not applicable (no additions)   NO NEW CREDITORS HAVE BEEN ADDED

☐ Creditors have been added as follows (and Schedules D,E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address"

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| | |
| | |

**PART 3**   Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: September 13, 2018

/s/ Jane M. Roberson, Esq.
*Counsel to Debtor(s)*
Jane M. Roberson, #30543
720 South Colorado Blvd. - #630-South
Denver, CO  80246
303-893-0833  Fax: 303-431-0633
e-mail: Roberson@JustAskJane.com

**PART 4**   Verification of Debtor

Dated:   September 13, 2018                              /s/Dennis Obduskey
                                                         Dennis Obduskey

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this   September 13, 2018  a true and correct copy of the following:

Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

Amended  Schedules I and J

Was sent via the Bankruptcy Court's ECF noticing service or placed in in the U.S. Mail, postage prepaid, addressed to the following:

Douglas B. Kiel, chapter 13 trustee via CM/ECF ecfmail@denver13.com

/s/ Jane M. Roberson
Jane M. Roberson