---

UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO

**Debtor 1:** Dennis Obduskey
First Name   Middle Name   Last Name

**Case Number:** 16-17141 JGR

**Debtor 2:** _____
First Name   Middle Name   Last Name

**Chapter:** 13

---

## Local Bankruptcy Form 3015-1.2
### AMENDED Notice of Filing of Chapter 13 Plan, Deadline for Filing Objections Thereto and Hearing on Confirmation

**Complete applicable sections.**

**PART 1   Objection Deadline**

**OBJECTION DEADLINE:** ___OCTOBER 4, 2018___.

**PART 2   Notice**

NOTICE IS HEREBY GIVEN that the debtor filed a Chapter 13 Plan on September 13, 2018 docket number 109. A copy of the Chapter 13 Plan is attached. A confirmation hearing on the debtor's plan has been set for **OCTOBER 18, 2018** at 10:00 a.m., at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom B, Fifth Floor, Denver, CO 80202.

The following instructions are provided for appearing by telephone and connecting to the conference call line: Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code, followed by the pound sign (#). The access code is: **9369782**. You will then be connected into the conference. Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7327 and leave a name and the telephone number where you can be reached and the Court will return the call.

The last day to file an Objection to the plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-1(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing, upon the debtor's filing of L.B.F. 3015-1.3, Verification of Confirmable Plan pursuant to L.B.R. Rule 3015-1.

This Notice pertains only to the Chapter 13 Plan. Creditors should also review the Notice of Chapter 13 Case at docket number ____, for additional information and deadlines, including those related to objecting to dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.

**PART 2   Signature of Debtor's Attorney  or Debtor( if unrepresented)**

Dated: September 18, 2018

/s/Jane M. Roberson, Esq.
Jane M. Roberson, #30543

*Counsel to Debtor(s)*
720 South Colorado Blvd. - #630-South
Denver, CO 80246
303-893-0833  Fax: 303-431-0633
e-mail: Roberson@justaskjane.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2018 he/she served a true and correct copy of the AMENDED Notice of Filing Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation was sent via the Bankruptcy Court's ECF noticing service or placed in the U.S. Mail, mail postage prepaid, addressed to the following:

Chapter 13 Trustee, Douglas B. Kiel, Esq. via CM/ECFecfmail@denver13.com
Attorney Ilene Dell'Acqua via CM/ECF bknotice@mccarthyholthus.com
Attorney Holliday Shilliday vua CM/ECF bknotice@mccarthyholthus.com

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Colorado Department of Revenue
1375 Sherman St. Rm 504
Denver CO 80261-0004

Dennis Obduskey
132 Wagon Tongue Rd.
Bailey, CO 80424

/s/ Jane M. Roberson