UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 16-17141 JGR |
| DENNIS K. OBDUSKEY, ) | |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | |

**MOTION FOR ADMINISTRATIVE FEES PURSUANT TO 11 U.S.C. § 503(b) and 1326(a)(2)**

COMES NOW, the Debtor, by and through his attorney, Roberson Law, LLC and hereby requests this Honorable Court enter an Order allowing fees to be paid from undistributed funds in an unconfirmed case pursuant to 11 U.S.C. § 329, 330, 503(b) and 1326(a)(2), and as grounds therefore state as follows:

1. Debtor filed a Chapter 13 Bankruptcy Petition on July 19, 2016.

2. Debtor's Chapter 13 was dismissed on September 28, 2018, prior to confirmation of a plan. Counsel was paid $3,000.00 (plus a $310 filing fee) prior to the case, and has incurred substantial fees and costs in prosecuting this case.

3. Attached as an Exhibit is counsel's time records in this case. Fees and costs do not exceed that which is held by the Chapter 13 Trustee.

WHEREFORE, Debtor prays the Court enter an Order allowing the Trustee to pay Roberson Law, LLC administrative fees and costs incurred in prosecuting this case in the amount of $8,000.00, minus the $3,000.00 already paid, for a total of $5,000.00, to be paid from the undistributed funds held by the Chapter 13 Trustee.

Respectfully submitted, October 25, 2018

>  */s/ Jane M. Roberson*
>  Jane M. Roberson, 30543
>  720 S. Colorado Blvd., Suite 630-S
>  Denver, Colorado  80246
>  Telephone:  303-893-0833
>  Roberson@JustAskJane.com
>  Attorney for Debtors