In Re OBDUSKEY
16-17141 JGR
HISTORY OF TIME SPENT

| Date | Time Spent | Rate | Billed | Matter |
|---|---|---|---|---|
| 7/19/2016 | 1.0 | $150.00 | $150.00 | consultation with client |
| 7/19/2016 | 1.0 | $150.00 | $150.00 | meeting with client to review documents, pull credit report, O&E open best case file |
| 7/19/2016 | 3.0 | $150.00 | $450.00 | enter petition |
| 7/19/2016 | 1.0 | $300.00 | $300.00 | case signing meeting with clients |
| 8/1/2016 | 0.4 | $150.00 | $60.00 | client communication - mortgage holder not accepting payment/call to counsel for mortgage holder |
| 8/3/2016 | 0.3 | $150.00 | - | call to counsel for mortgage holder, transferred, left message |
| 8/10/2016 | 0.2 | $150.00 | - | follow up email to counsel for Wells Fargo concerning mortgage payment |
| 8/10/2016 | 0.2 | $150.00 | $30.00 | Review proof of claim for documentation, accurate amount, and possible privacy violations - POCK #1 Wells Fargo $521,787.45 arrears F194,845.32 |
| 8/10/2016 | 0.4 | $150.00 | $30.00 | discuss proof of claim with client, email claim to client |
| 8/18/2016 | 0.2 | $150.00 | $30.00 | Review proof of claim for documentation, accurate amount, and possible privacy violations - POCK #4 CAR priority $13,00 general $103.00 all filed |
| 8/25/2016 | 0.4 | $150.00 | $30.00 | call from client concerning mortgage, will discuss with his other attorney. Email to S. Hill |
| 8/29/2016 | 0.2 | $150.00 | - | email exchange with client concerning mortgage |
| 8/30/2016 | 1.0 | $150.00 | $150.00 | travel to and from 341 meeting of creditors |
| 8/30/2016 | 0.5 | $300.00 | $150.00 | attend 341 meeting of creditors |
| 9/9/2016 | 0.5 | $150.00 | $75.00 | call to IRS concerning proof of claim review proof of claim, discuss with claim with client |
| 9/10/2016 | 0.5 | $150.00 | $75.00 | review documents from client concerning state taxes, forward documentation to Colorado Dept. of Revenue/discuss communication from mortgage holder |
| 9/12/2016 | 0.5 | $150.00 | $75.00 | email counsel for mortgage holder concerning, discuss claim with Colorado Department of Revenue |

In Re OBDUSKEY
16-17141 JGR
HISTORY OF TIME SPENT

| Date | Time Spent | Rate | Billed | Matter |
|---|---|---|---|---|
| 9/12/2016 | 0.4 | $ 150.00 | $ 60.00 | review trustee objection, email trustee concerning objection, update on claims |
| 9/14/2016 | 0.2 | $ 150.00 | $ 30.00 | Review proof of claim for documentation, accurate amount, and possible privacy violations #3 IRS amended secured $25,455.30 |
| 9/15/2016 | 0.4 | $ 150.00 | $ 30.00 | email exchange with client concerning mortgage holder |
| 9/15/2016 | 0.2 | $ 300.00 | $ 60.00 | Review proof of claim for documentation, accurate amount, and possible privacy violations #2 CAR amended $0.00 all filed |
| 9/22/2016 | 0.4 | $ 300.00 | $ 120.00 | draft certificate and motion to determine notice and certificate of service and file at docket no 16 |
| 9/26/2016 | 0.2 | $ 150.00 | $ - | review order denying plan and calendar deadlines |
| 10/12/2016 | 0.4 | $ 300.00 | $ 120.00 | draft amended plan and forward to client for review |
| 10/13/2016 | 0.4 | $ 150.00 | $ 60.00 | file amended plan at docket no 20, draft 3015 notice and certificate of service and file at docket no 21 |
| 11/6/2016 | 0.5 | $ 300.00 | $ 100.00 | review trustee objection, email to trustee concerning objection |
| 11/10/2016 | 0.5 | $ 300.00 | $ 150.00 | discuss objection with trustee, email to client, amended B22 |
| 11/10/2016 | 0.4 | $ 150.00 | $ 60.00 | draft certificate and motion to determine notice and certificate of service and file at docket no 24 |
| 11/13/2016 | 0.1 | $ 150.00 | $ 15.00 | review order denying plan and calendar deadlines |
| 11/16/2016 | 0.5 | $ 300.00 | $ 150.00 | review trustee objection, begin draft of amended B22 |
| 11/22/2016 | 0.2 | $ 150.00 | $ 30.00 | complete amended B22, forward to client |
| 11/28/2016 | 0.2 | $ 150.00 | $ - | file amended B22C-1 and B22C-2 at docket nos 27 and 28 |
| 11/28/2016 | 0.4 | $ 300.00 | $ 120.00 | Draft certificate and motion to determine notice and certificate of service and file at docket no 29 |
| 12/1/2016 | 0.1 | $ 150.00 | $ - | review order denying plan and calendar deadlines |
| 12/13/2016 | 0.2 | $ 150.00 | $ 30.00 | call to attorney S. Hill concerning mortgage holder |

In Re OBDUSKEY
16-17141 JGR
HISTORY OF TIME SPENT

| Date | Time Spent | Rate | Billed | Matter |
|---|---|---|---|---|
| 12/15/2016 | 0.4 | $ 150.00 | $ 30.00 | draft motion for extension of time and proposed order filed at docket no 32 |
| 12/20/2016 | 0.3 | $ 300.00 | $ 90.00 | discuss mortgage with S. Hill |
| 12/29/2016 | 0.2 | $ 150.00 | $ 30.00 | call from mortgage holder - referred them to S. Hill |
| 1/5/2017 | 0.4 | $ 150.00 | $ - | call from mortgage holder - let the, know they need to contact S. Hill |
| 1/5/2017 | 0.4 | $ 300.00 | $ 120.00 | draft amended plan and forward to client |
| 1/5/2017 | 0.4 | $ 150.00 | $ 60.00 | file plan at docket no 35, draft certificate and motion to determine notice and certificate of service and file at docket no 36 |
| 1/5/2017 | 0.3 | $ 150.00 | $ 45.00 | draft authorization letter and forward to mortgage holder and client |
| 1/30/2017 | 0.4 | $ 300.00 | $ 120.00 | discuss trustee and mortgage holder objections to confirmation with client |
| 2/1/2017 | 0.2 | $ 300.00 | $ - | review file, discuss amended plan with trustee |
| 2/2/2017 | 0.4 | $ 300.00 | $ 120.00 | draft certificate an motion to determine notice and certificate of service and file at docket no. 39 |
| 2/8/2017 | 0.1 | $ 150.00 | $ - | review order denying plan and calendar deadlines |
| 2/9/2017 | 0.2 | $ 300.00 | $ 60.00 | discuss amended plan language with trustee |
| 2/20/2017 | 0.4 | $ 300.00 | $ 120.00 | draft amended plan and forward to client for review |
| 2/21/2017 | 0.4 | $ 150.00 | $ 60.00 | filed amended plan at docket no 42, draft 3015 notice and certificate of service and file at docket no 43 |
| 3/29/2017 | 0.4 | $ 300.00 | $ 120.00 | review objection to plan filed by mortgage holder, email to counsel for mortgage holder concerning objection, discuss objection with counsel for mortgage holder |
| 3/30/2017 | 0.4 | $ 300.00 | $ 120.00 | discuss case with S. Hill, status of litigation in 10th Cir. |
| 3/31/2017 | 0.4 | $ 150.00 | $ 60.00 | draft certificate and motion to determine notice and certificate of service and file at docket no 45 |
| 4/4/2017 | 0.1 | $ 150.00 | $ 15.00 | review order denying plan and calendar deadlines |
| 4/27/2017 | 0.6 | $ 300.00 | $ 180.00 | email exchanges with counsel for mortgage holder and discuss with client - appraisal needed - can file unopposed motion to extend time |
| 4/29/2017 | 0.3 | $ 150.00 | $ 45.00 | draft motion to extend time, proposed order, file at docket no 48 |
| 5/3/2017 | 0.1 | $ 150.00 | $ 15.00 | review order denying plan and calendar deadlines |
| 5/16/2017 | 0.3 | $ 150.00 | $ 45.00 | client communication - update |

In Re OBDUSKEY
16-17141 JGR
HISTORY OF TIME SPENT

| Date | Time Spent | Rate | Billed | Matter |
|---|---|---|---|---|
| 5/17/2017 | 0.3 | $ 150.00 | $ 45.00 | call from wells Fargo - they received request from S. Hill and they need permission to speak with him told them they MUST go through S. Hill |
| 5/18/2017 | 0.3 | $ 150.00 | $ 45.00 | email to S. Hill and client advising them of call from wells Fargo. Sent them copy of signed authorization for S. Hill to appeal with them that was sent to Wells Fargo in January |
| 6/7/2017 | 1.0 | $ 300.00 | $ 300.00 | discuss settlement offer with client, review appraisal, draft settlement offer, email to counsel for Wells Fargo |
| 6/8/2017 | 0.3 | $ 300.00 | $ 90.00 | discuss case with counsel for Wells Fargo |
| 6/12/2017 | 0.1 | $ 150.00 | $ 15.00 | call from Wells Fargo - referred them to S. Hill |
| 6/14/2017 | 0.1 | $ 150.00 | $ 15.00 | call from Wells Fargo - referred them to S. Hill |
| 6/15/2017 | 0.5 | $ 300.00 | $ 150.00 | draft amended plan forward to client and discuss amended plan with S. Hill |
| 6/15/2017 | 0.4 | $ 150.00 | $ 60.00 | file amended plan at docket no. 52, draft 3015 notice and certificate of service and file at docket no. 53 |
| 6/23/2017 | 0.1 | $ 150.00 | $ 15.00 | call from Wells Fargo - referred them to Holly Shilliday |
| 7/5/2017 | 0.4 | $ 30.00 | $ 12.00 | emails and discussions with client and counsel for Wells Fargo concerning possible settlement |
| 7/7/2017 | 1.0 | $ 150.00 | $ 150.00 | email exchanges with counsel for mortgage holder and client 'concerning objection to plan - and offer |
| 7/11/2017 | 0.5 | $ 150.00 | $ 75.00 | review client emails about objection to proof of claim |
| 7/21/2017 | 0.4 | $ 300.00 | $ 120.00 | draft certificate and motion to determine notice and certificate of service and file at docket no 55 |
| 7/21/2017 | 5.5 | $ 300.00 | $ 1,350.00 | draft objection to proof of claim, discuss with client, forward to S. Hill |
| 7/24/2017 | 1.0 | $ 300.00 | $ 300.00 | review clients questions about objection to proof of claim |
| 7/26/2017 | 1.0 | $ 300.00 | $ 300.00 | work on draft of objection to proof of claim |
| 7/27/2017 | 0.4 | $ 300.00 | $ 120.00 | attend confirmation hearing - telephonic |
| 7/30/2017 | 0.1 | $ 150.00 | $ 15.00 | review order, calendar deadlines |
| 8/10/2017 | 2.0 | $ 300.00 | $ 600.00 | finalize objection to proof of claim, file at docket no 58, draft 9013 notice and certificate of service and file at docket no 59 |
| 9/8/2017 | 0.2 | $ 150.00 | $ 30.00 | call from Wells Fargo - they will not speak to S. Hill, will only send docs to Roberson law, despite the authorization sent in January |
| 9/11/2017 | 0.5 | $ 300.00 | $ 150.00 | review response to objection to proof of claim with client and S. Hill - discuss 10th Cir. Case |

In Re OBDUSKEY
16-17141 JGR
HISTORY OF TIME SPENT

| Date | Time Spent | Rate | Billed | Matter |
|---|---|---|---|---|
| 9/25/2017 | 0.4 | $ 150.00 | $ 60.00 | discuss response to objection to proof of claim with client |
| 10/3/2017 | 0.1 | $ 150.00 | $ 15.00 | review Order to file, calendar deadlines |
| 12/13/2017 | 1.0 | $ 300.00 | $ 300.00 | review status of 10th Cir. Case, draft status report |
| 12/14/2017 | 0.3 | $ 150.00 | $ 45.00 | finalize status report and file at docket no 67 |
| 1/9/2018 | 0.2 | $ 300.00 | $ 60.00 | draft status report and file at docket n0 69 |
| 1/19/2018 | 0.3 | $ 300.00 | $ 90.00 | discuss 10th Cir. Ruling with client, next steps |
| 1/30/2018 | 0.3 | $ 300.00 | $ 90.00 | discuss next steps with client - 10th Cir ruling |
| 2/8/2018 | 0.3 | $ 300.00 | $ 90.00 | discuss status report - possible appeal |
| 2/9/2018 | 0.3 | $ 150.00 | $ 45.00 | draft status report and tile at docket no 70 |
| 3/11/2018 | 0.3 | $ 150.00 | $ 45.00 | draft status report and file at docket no 71 |
| 4/9/2018 | 0.3 | $ 150.00 | $ 45.00 | draft status report and file at docket 72 |
| 4/12/2017 | 0.3 | $ 150.00 | $ 45.00 | email from client - update on appeal |
| 5/7/2018 | 0.4 | $ 150.00 | $ 60.00 | draft status report and file at docket no 73 |
| 6/3/2018 | 0.2 | $ 150.00 | $ 30.00 | review certificate of contested matter and notice of hearing |
| 6/7/2018 | 2.0 | $ 300.00 | $ 600.00 | discuss notice of hearing and documents with counsel for wells Fargo and client - review documents and file |
| 6/13/2018 | 0.3 | $ 150.00 | $ 45.00 | draft status report and file at docket no 78 |
| 6/19/2018 | 0.5 | $ 300.00 | $ 150.00 | discuss telephonic hearing with counsel for wells Fargo and client |
| 6/20/2018 | 0.5 | $ 300.00 | $ 150.00 | attend telephonic hearing |
| 6/26/2018 | 0.1 | $ 150.00 | $ 15.00 | review scheduling order and calendar deadlines |
| 7/13/2018 | 0.8 | $ 150.00 | $ 120.00 | email exchanges with counsel for Wells Fargo concerning continuing hearing now that U.S. Supreme Court will hear the appeal |
| 7/16/2018 | 0.5 | $ 300.00 | $ 150.00 | discuss motion to continue hearing with appellate attorney |
| 7/16/2018 | 0.4 | $ 150.00 | $ 60.00 | draft status report and file at docket no 84 |
| 7/17/2018 | 1.5 | $ 300.00 | $ 450.00 | draft motion to continue hearing, forward draft to D. Geyser |
| 7/18/2018 | 1.0 | $ 300.00 | $ 300.00 | finalize motion to hold case in abeyance |
| 7/19/2018 | 0.2 | $ 150.00 | $ 30.00 | file motion to hold case in abeyance at docket no 85 |
| 7/23/2018 | 2.0 | $ 300.00 | $ 600.00 | begin draft of witness and exhibit lists for hearing discuss with client |
| 7/25/2018 | 2.0 | $ 300.00 | $ 600.00 | begin draft of witness and exhibit lists for hearing discuss with client |
| 7/30/2018 | 2.0 | $ 300.00 | $ 600.00 | begin draft of witness and exhibit lists for hearing discuss with client |
| 7/31/2018 | 1.0 | $ 300.00 | $ 300.00 | finalize draft of witness and exhibit list and file at docket no 86 |
| 8/6/2018 | 1.0 | $ 300.00 | $ 300.00 | review response filed by Wells Fargo discuss with client |

In Re OBDUSKEY
16-17141 JGR
HISTORY OF TIME SPENT

| Date | Time Spent | Rate | Billed | Matter |
|---|---|---|---|---|
| 8/7/2018 | 0.5 | $ 300.00 | $ 150.00 | review motion to strike filed by Wells Fargo and notice of hearing |
| 8/7/2018 | 0.1 | $ 150.00 | $ 15.00 | review order and calendar deadlines |
| 8/8/2018 | 2.0 | $ 300.00 | $ 600.00 | begin draft of Reply in support of motion to stay the case |
| 8/9/2018 | 0.5 | $ 300.00 | $ 150.00 | finalize Reply in support of motion to stay the case and file at docket no 90 |
| 8/15/2018 | 0.1 | $ 150.00 | $ 15.00 | review order and calendar deadlines |
| 8/20/2018 | 2.0 | $ 150.00 | $ 300.00 | discuss witness and exhibits with opposing counsel prepare witness and exhibit books for hearing file witness and exhibit list at docket no 99 |
| 8/22/2018 | 1.0 | $ 300.00 | $ 300.00 | begin draft of pre-trial statement |
| 8/23/2018 | 1.0 | $ 300.00 | $ 300.00 | discuss plan and options with client |
| 8/24/2018 | 0.3 | $ 150.00 | $ 45.00 | draft e notice of withdrawal of objection to proof of clam and file at docket no 98 |
| 8/27/2018 | 0.2 | $ 150.00 | $ 30.00 | left message for IRS concerning proof of claim |
| 8/27/2018 | 0.3 | $ 300.00 | $ 90.00 | email to chapter 13 trustee about language for amended plan |
| 8/28/2018 | 0.2 | $ 150.00 | $ 30.00 | discuss amended proof of claim with IRS |
| 8/28/2018 | 0.4 | $ 300.00 | $ 120.00 | draft amended plan and forward to client for review |
| 8/28/2018 | 0.3 | $ 300.00 | $ 90.00 | discuss amended plan with counsel for Wells Fargo, discuss status report |
| 8/28/2018 | 0.1 | $ 150.00 | $ 15.00 | file amended plan at docket no 100 |
| 8/28/2018 | 0.4 | $ 300.00 | $ 120.00 | draft status report and file at docket no 101 |
| 8/28/2018 | 2.0 | $ 150.00 | $ 300.00 | finalize witness and exhibit lists, prepare exhibit books for hearing |
| 8/29/2018 | 1.0 | $ 150.00 | $ 150.00 | travel to and from evidentiary hearing |
| 8/29/2018 | 1.0 | $ 300.00 | $ 300.00 | attend evidentiary hearing |
| 8/31/2018 | 0.1 | $ 150.00 | $ 15.00 | review order and calendar deadlines |
| 9/4/2018 | 0.1 | $ 150.00 | $ 15.00 | call from IRS - will amend claim |
| 9/13/2018 | 0.8 | $ 300.00 | $ 240.00 | prepare amended plan, schedules I and J and 1009 notice and forward to client for review |
| 9/13/2018 | 0.5 | $ 150.00 | $ 75.00 | file amended schedule I at docket no 106, amended J at docket no 107, 1009 notice and certificate of service at docket no 108, amended plan at docket no 109 and draft 3015 and certificate of service and file at docket no 110 |
| 9/21/2018 | 0.4 | $ 150.00 | $ 60.00 | call from client concerning options and possible dismissal |
| 9/27/2018 | 0.3 | $ 150.00 | $ 45.00 | draft notice of dismissal and propose order and file at docket n 112 |
| 9/28/2018 | 0.1 | $ 150.00 | $ 15.00 | dismissed at docket no 113 |

In Re OBDUSKEY
16-17141 JGR
HISTORY OF TIME SPENT

| Date | Time Spent | Rate | Billed | Matter |
|---|---|---|---|---|
| 10/25/2018 | 1.5 | $ 150.00 | $ 225.00 | prepare history of time spent, fee application, narrative, 9013 notice and certificate of service |
| 10/25/2018 | 0.5 | $ 300.00 | $ 150.00 | finalize history of time spent, fee application, narrative, 9013 notice and certificate of service |
| **78.4** | | | **$ 17,752.00** | Fees requested in this application = $8,000.00 |
| | | | | avg hourly rate $102.04 |