| UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO |
|---|
| **Debtor 1:** Dennis K. Obduskey          **Case No:** 16-17141 JGR <br>       First Name    Middle Name    Last Name <br><br> **Debtor 2:** _____      **Chapter 13** <br>        First Name    Middle Name    Last Name |

## Order Allowing and Approving Administrative Fees and Expenses Pursuant to 11 U.S.C. § 503 (b) and 1326(a)(2)

**Roberson Law, LLC**, as attorney for the debtor, is allowed a fee for services herein of $8,000.00 and reimbursement of out-of-pocket expenses of $ 0.00. Counsel received $3,000.00 prepetition. The remaining balance, $5,000.00, is payable out of undistributed funds, currently held by the Chapter 13 Trustee.

DATED _____, 2018      BY THE COURT:

                                                   _____
                                                 United States Bankruptcy Judge