**Fill in this information to identify your case**
UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO

**Debtor 1:** Dennis K. Obduskey                     **Case #:** 16-17174 JGR
First Name   Middle Name   Last Name

**Debtor 2:** _____         **Chapter 13**
First Name   Middle Name   Last Name

## Local Bankruptcy Form 9013—1.1
### Notice of Motion/Application

**Complete applicable sections.**

**Part 1   Objection Deadline**

Objection Deadline: **NOVEMBER 15, 2018**_____

**Part 2   Notice**

NOTICE IS HEREBY GIVEN that Dennis K. Obduskey (the "Movant(s)) has/have filed a Motion for Administrative Fees with the Bankruptcy the Court and requests the following relief:

>    An order for Administrative fees to be paid from undistributed funds held by the Chapter 13 Trustee

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

**Part 3   Signature of Movant's Attorney or Movant (if unrepresented)**

Dated: October 25, 2018

>    /s/Jane M. Roberson, Esq.
>    Jane M. Roberson, Esq.
>    *Counsel to Debtor(s)*
>    720 South Colorado Blvd. - #630-South
>    Denver, CO  80246
>    303-893-0833  Fax: 303-431-0633
>    e-mail: Roberson@justaskjane.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO** | |
| Debtor 1: __Dennis K. Obduskey__<br>　　　　　First Name　Middle Name　Last Name | Case #: <u>17-16152 JGR</u> |
| Debtor 2: _____<br>　　　　　First Name　Middle Name　Last Name | Chapter 13 |

## Local Bankruptcy Form 9013—1.2
### Certificate of Service

**Complete applicable sections.**

**Part 1**　**L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order**

I certify that on October 25, 2018 I served a complete copy of MOTION FOR ADMINISTRATIVE FEES PURSUANT TO 11 U.S.C. § 503(b) and 1326(a)(2), NOTICE of MOTION FOR ADMINISTRATIVE FEES PURSUANT TO 11 U.S.C. § 503(b) and 1326(a)(2), Exhibit 1, and PROPOSED FORM OF ORDER on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Douglas B. Kiel, Chapter 13 Trustee, via CM/ECF ecfmail@denver13.com
Illene Dell A'cqua via CM/ECF bknotice@mccarthyholthus.com
Holly R. Shilliday via CM/ECF bknotice@mccarthyholthus.com
Dennis K. Obduskey 132 Wagon Tongue Road, Bailey, CO 80421-1057


**Part 2**　**L.B.R. 2002-1 Certificate of Service of and Notice**

I certify that on October 25, 2018, I served a complete copy of MOTION FOR ADMINISTRATIVE FEES PURSUANT TO 11 U.S.C. § 503(b) and 1326(a)(2), NOTICE of MOTION FOR ADMINISTRATIVE FEES PURSUANT TO 11 U.S.C. § 503(b) and 1326(a)(2), Exhibit 1, and PROPOSED FORM OF ORDER on the following parties in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on October 25, 2018 in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

**Part 3**　**Signature**

Dated: October 25, 2018

　　　　　　　　　　　　　　　　　　　　By: /s/　　Marie Esparsen
　　　　　　　　　　　　　　　　　　　　Marie Esparsen

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 16-17141-JGR<br>District of Colorado<br>Denver<br>Thu Oct 25 14:06:40 MDT 2018 | Capital One Bank USA N<br>PO Box 30281<br>Salt Lake City, UT  84130-0281 | Chase Card<br>201 N Walnut St # De1-1027<br>Wilmington, DE  19801-2920 |
| (c)COLORADO ATTORNEY GENERAL<br>1525 N SHERMAN ST STE 700<br>DENVER CO  80203-1700 | Colorado Department of Revenue<br>1325 Sherman St Rm 504<br>Denver, CO 80261-0001 | Colorado Department of Revenue<br>1375 Sherman St. Rm 504<br>Denver CO 80261-0004 |
| Ilene Dell'Acqua<br>7700 E. Arapahoe Rd.<br>Ste., 230<br>Centennial, CO 80112-1439 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Douglas B. Kiel<br>Chapter 13 Trustee<br>4725 S. Monaco St.<br>Ste. 120<br>Denver, CO 80237-3468 | McCarthy &Y Holthus, LLP<br>7700 E Arapahoe Rd # 230<br>Centennial, CO  80112-1439 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA  92108-2709 |
| Dennis K. Obduskey<br>132 Wagon Tongue Rd<br>Bailey, CO 80421-1057 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | Jane M. Roberson<br>720 S. Colorado Blvd.<br>Ste., 630-S<br>Denver, CO 80246-1904 |
| Sallie Mae<br>PO Box 9500<br>Wilkes Barre, PA  18773-9500 | Holly R. Shilliday<br>7700 E. Arapahoe Rd.<br>Ste. 230<br>Centennial, CO 80112-1439 | Snell and Wilmer<br>1200 17th St Ste 1900<br>Denver, CO  80202-5854 |
| State Collection Servi<br>2509 S Stoughton Rd<br>Madison, WI  53716-3314 | Synchrony Bank<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | US Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0009 |
| US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0009 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Veteran's Administration<br>155 Van Gordon St<br>Lakewood, CO  80228-1709 |
| Wells Fargo Bank, N.A.<br>C/O Wells Fargo Bank, N.A.,as servicer<br>Default Document Processing N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Wells Fargo Home Mortgage<br>PO Box 660278<br>Dallas, TX  75266-0278 | |

                    Addresses marked (c) above for the following entity/entities were corrected
                          as required by the USPS Locatable Address Conversion System (LACS).

```
Colorado Attorney General
1525 Sherman St Ste 540
Denver, CO  80203
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wells Fargo Bank, N.A.            End of Label Matrix
                                     Mailable recipients   25
                                     Bypassed recipients    1
                                     Total                 26
```