UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:                                      )
                                            )     Case No. 16-17141 JGR
DENNIS K. OBDUSKEY,                         )
                                            )     Chapter 13
                                            )
                                            )
Debtor.                                     )

FILED
KENNETH S. GARDNER, CLERK

2018 NOV 14 P 3: 22

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

**RESPONSE OF DEBTOR REGARDING**
**MOTION FOR ADMINISTRATIVE FEES PURSUANT TO 11 U.S.C. § 503(b) and 1326(a)(2)**

COMES NOW, the Debtor, filing this response pro se and seeks to have issues concerning the request by attorney Jane Roberson for payment to be filed and on the record with the court.

1. Debtor filed a Chapter 13 Bankruptcy Petition on July 19, 2016.

2. Debtor's Chapter 13 was dismissed on September 28, 2018, prior to confirmation of a plan. Counsel was paid $3,000.00 (plus a $310 filing fee) prior to the case.

3. Debtor learned of an increase in charged fees on September 13, 2018 in an email from counsel and as part of a filing with an Amended Chapter 13 Plan and was requested by counsel to sign off on the Plan and did so at Document Number 109.

4. Debtor was unaware of any exhibit filed by counsel concerning time records and only discovered the exhibit on November 12, 2018 when reviewing his case in PACER, filed as Document Number 116, and Titled: In Re OBDUSKEY, 16-17141 JGR HISTORY OF TIME SPENT.

5. Debtor wishes to ask the court to take notice of issues related to the Exhibit.

6. Attached as an Exhibit is debtor's affidavit.

WHEREFORE, Debtor, having signed the amended plan on September 13, 2018 will NOT object to payment of the requested fees but does note that he disagrees with some items listed.

Respectfully submitted, November 14, 2018.

/s/ Dennis K Obduskey
Dennis K. Obduskey
604 Alpine Ave.
Pueblo, CO 81005
Telephone: 303-816-1616
denniso@airbiz.net
Debtor

## CERTIFICATE OF SERVICE

I certify that on **11/14/2018**, a copy of this Response and Exhibit were mailed, postage pre-paid, to the following persons via First Class USPS mail to:

Jane M. Roberson
Roberson Law LLC
720 S Colorado Blvd
Unit 630-S
Denver, CO 80246

Mr. Douglas B. Kiel, Esq.
Chapter 13 Trustee
4725 S. Monaco St., Ste 120
Denver, Co 80237

/s/ Dennis K Obduskey

# Affidavit of Dennis Keith Obduskey

STATE OF COLORADO
COUNTY OF JEFFERSON

The undersigned, DENNIS KEITH OBDUSKEY, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and am a resident of the State of Colorado. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. On April 21, 2017, I inquired about the issue of a Proof of Claim via e-mail from Counsel Jane Roberson and on April 22, 2017, I requested via e-mail she provide information about whether Wells Fargo had provided a Proof of Claim in United States Bankruptcy Court Case No. 16-17141 JGR.

4. I received copies of that Proof of Claim and related documents from counsel via e-mail the following day. It had been filed August 3, 2016.

5. I have no recollection of any conversation nor record of any email as stated in History of Time Spent on August 10, 2016 concerning that Proof of Claim 1-1 from alleged creditor Wells Fargo. I have requested a copy of the email from counsel on November 12, 2018 after reading it in the statement.

6. I advised counsel on April 23, 2017 that I had concerns about the credentials of electronic signer of Proof of Claim 1-1 submitted by alleged creditor Wells Fargo.

7. On June 12, 2017, Wells filed a new Proof of Claim 1-2 signed by a different party.

8. I encouraged counsel to file an objection to the Proof of Claim and it was filed at Document Number 58 on August 10, 2017.

9. I had no further substantive discussion with counsel concerning the objection process until after May 31, 2018 when counsel for Wells filed a certificate of Contested Matter at Document Number 74.

10. I learned of requirements and needs for expert witnesses only after a Notice of Evidentiary Hearing was scheduled with the court on June 20, 2018 and in an email from counsel July 16, 2018 that I needed to provide anything concerning any expert I intended to use.

11. In preparing for hearing I had agreed to use as an Expert Witness James Kelley and at various times, Kelley and Debtor worked with counsel to attempt to meet deadlines agreed to by counsel. Documents were supplied to counsel, who then declined to file them.

12. Counsel never sought leave to file any documents late.

13. On August 14, 2018 at Document Number 92, the court ordered that documents Kelly had supplied in the unfiled report would not be allowed due to missed deadlines.

14. Debtor withdrew the objection to the Proof of Claim at Document 98 on August 24, 2018 due to items in paragraph 9-13 above.

15. Debtor, in consultation with counsel, then determined the best course of action would be to withdraw the bankruptcy filing and refile with new counsel to incorporate a change in Debtors income and new debts and include counsel as a debtor in the new filing.

16. Counsel advised debtor that all fees already paid to Trustee would be returned, less the 10 percent trustee fee.

I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this 14th day of November, 20 18.

_____
Dennis Keith Obduskey

## NOTARY ACKNOWLEDGEMENT

STATE OF COLORADO, COUNTY OF JEFFERSON, ss:

This Affidavit was acknowledged before me on this 14 day of NOV, 2018 by Dennis Keith Obduskey, who, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

DONNA ANDERSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174009227
MY COMMISSION EXPIRES 03/01/2021

_____
Notary Public

Notary
Title (and Rank)

My commission expires 03-01-2021