**UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO**

**Debtor 1:** Ryan Louis Chamberlin                    **Case #:** 18-11171 MER
           First Name   Middle Name   Last Name

**Debtor 2:** Edythe Scott Chamberlin                  **Chapter 13**
           First Name   Middle Name   Last Name

**Local Bankruptcy Form 9013-1.3**
**Movant's Certificate of Non-Contested Matter and Request for Entry of Order**

**Complete applicable sections.**

**Part 1  Certificate**

On December 13, 2018,  Ryan Louis Chamberlin and Edythe Scott Chamberlin (the "Movant(s)), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Debtor's Motion to Modify Chapter 13 Plan  (the "Motion") at docket no. 44.  Movant(s) hereby certifies that the following is true and correct:

1. Service of the motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on December 13, 2018.

    a. **[complete if applicable]** Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the certificate of service, L.B.F. 9013-1.2, previously filed with the notice on N/A.

2. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket no. 44;
   b. the Notice, docket no. 45;
   c. the Certificate of Service of the Motion and the Notice, docket no. 45;
   d. the Proposed Order, docket no. 44; and

3.  No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the court by the date designated in the Notice, or all objections have been resolved by Court order, docket no. _____.

Accordingly, Movant requests the Court enter an order granting the requested relief.

**Part 3  Signature of Movant Attorney or Movant (if unrepresented)**

DATED January 7, 2019

        /s/ Jane M. Roberson, Esq.
        Jane M. Roberson, #30543
        720 South Colorado Blvd. - #630-South
        Denver, CO  80246
        303-893-0833  Fax 303-431-0633
        e-mail: Roberson@JustAskJane.com
        Attorney for Debtor(s)