**Fill in this information to identify your case**

UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO

**Debtor 1:** Dennis Obduskey
First Name   Middle Name   Last Name

**Case #:** 16-17141 JGR

**Debtor 2:** _____
First Name   Middle Name   Last Name

**Chapter:** 13

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

**Complete applicable sections.**

**Part 1** Certificate

On October 25, 2018, Dennis Obduskey and (the "Movant(s)), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Application fo Administrative Expenses (the "Motion") at docket no. 116. Movant(s) hereby certifies that the following is true and correct:

1. Service of the motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on October 25, 2018.

   a. **[complete if applicable]** Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the certificate of service, L.B.F. 9013-1.2, previously filed with the notice on October 25, 2018.

2. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket no. 116;
   b. the Notice, docket no. 117;
   c. the Certificate of Service of the Motion and the Notice, docket no. 117;
   d. the Proposed Order, docket no. 116; and

3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the court by the date designated in the Notice, or all objections have been resolved by Court order, docket no. _____.

Accordingly, Movant requests the Court enter an order granting the requested relief.

**Part 3** Signature of Movant Attorney or Movant (if unrepresented)

DATED January 8, 2019

/s/ Jane M. Roberson, Esq.
Jane M. Roberson, #30543
720 South Colorado Blvd. - #630-South
Denver, CO  80246
303-893-0833  Fax 303-431-0633
e-mail: Roberson@JustAskJane.com
Attorney for Debtor(s)