UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: Dennis K. Obduskey ) CHAPTER 13
) Case No.: 16-17141 JGR
Debtor )
)
)

---

**MOTION TO APPROVE STIPULATION AND STIPULATION RESOLVING MOVANTS MOTION FOR ADMINISTRATIVE FEES PURSUANT TO 11 U.S.C. § 329, 330, 503(b) and 1326(a)(2)**

---

In order to resolve the Debtor's Response to Applicant's Motion for Administrative Fees Pursuant to 11 U.S.C. § 329, 330, 503(b) and 1326(a)(2), the Debtor and the Applicant agree and stipulate as follows:

1. That Applicant is allowed Administrative Fees of $8,000.00

2. Applicant received $3,000.00 pre-petition.

3. The balance of $5,000.00 is to be paid from the Debtor's plan payments.

4. Based on the above agreement, the Debtor withdraws his objection to Applicant's Motion for Administrative Fees.

Respectfully submitted this January 25, 2019.

/s/ Dennis K. Obduskey
Debtor
132 Wagon Tongue Road
Bailey, CO 80421-1057

/s/ Jane M. Roberson
JANE M. ROBERSON, ESQ.
720 South Colorado Blvd. Suite 630-S
Denver, CO 80246
303-893-0833
E-Mail: Roberson@JustAskJane.com
Applicant