UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO

**Debtor 1:** Dennis K. Obduskey
           First Name   Middle Name   Last Name

**Case No:** 16-17141 JGR

**Debtor 2:** _____
          First Name   Middle Name   Last Name

**Chapter 13**

## Order Approving Stipulation Allowing and Approving Administrative Fees and Expenses Pursuant to 11 U.S.C. § 503 (b) and 1326(a)(2)

**Roberson Law, LLC**, as attorney for the debtor, is allowed a fee for services herein of $8,000.00 and reimbursement of out-of-pocket expenses of $ 0.00. Counsel received $3,000.00 prepetition. The remaining balance, $5,000.00, is payable out of undistributed funds, currently held by the Chapter 13 Trustee.

IT IS FURTHER ORDERED that the hearing scheduled for January 29, 2019 is VACATED.

DATED: January 28, 2019

BY THE COURT:

_____
United States Bankruptcy Judge