```
                          United States Bankruptcy Court
                              District of Colorado
In re:                                                      Case No. 16-17141-JGR
Dennis K. Obduskey                                          Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: gentd              Page 1 of 1            Date Rcvd: Jan 28, 2019
                              Form ID: pdf904          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2019.
db              Dennis K. Obduskey,    132 Wagon Tongue Rd,    Bailey, CO  80421-1057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2019 at the address(es) listed below:
              Douglas B. Kiel    ecfmail@denver13.com
              Holly R. Shilliday     on behalf of Creditor   Wells Fargo Bank, N.A. bknotice@mccarthyholthus.com,
               hshilliday@mccarthyholthus.com;hshilliday@ecf.courtdrive.com
              Ilene Dell'Acqua    on behalf of Creditor   Wells Fargo Bank, N.A. bknotice@mccarthyholthus.com,
               idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com
              Jane M. Roberson    on behalf of Debtor Dennis K. Obduskey Roberson@JustAskJane.info
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 5

**UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO**

**Debtor 1:** Dennis K. Obduskey
           First Name   Middle Name   Last Name

**Case No:** 16-17141 JGR

**Debtor 2:** _____
           First Name   Middle Name   Last Name

**Chapter 13**

## Order Approving Stipulation Allowing and Approving Administrative Fees and Expenses Pursuant to 11 U.S.C. § 503 (b) and 1326(a)(2)

**Roberson Law, LLC**, as attorney for the debtor, is allowed a fee for services herein of $8,000.00 and reimbursement of out-of-pocket expenses of $ 0.00. Counsel received $3,000.00 prepetition. The remaining balance, $5,000.00, is payable out of undistributed funds, currently held by the Chapter 13 Trustee.

IT IS FURTHER ORDERED that the hearing scheduled for January 29, 2019 is VACATED.

DATED: January 28, 2019

BY THE COURT:

_____
United States Bankruptcy Judge